**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SITAWA NANTAMBU JAMAA,<br><br>      Plaintiff,<br><br>   vs.<br><br>PELICAN BAY STATE PRISON,<br><br>      Defendant. | No. C 07-04203 JW (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION |

On August 16, 2007, plaintiff filed this pro se civil rights action. On September 14, 2007, the clerk of the Court sent a notification to plaintiff that he had not paid the appropriate filing fee of $350.00 or submitted a completed application for leave to proceed in forma pauperis. The Court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if plaintiff failed to pay the fee or file the completed application within thirty days. On October 18, 2007, plaintiff wrote a letter to the court stating that the prison trust office had not yet processed his application and that he would file the application with the court as

Order Granting Extension of Time to file IFP Application
P:\PRO-SE\SJ.JW\CR.07\Jamaa04203_ifp-eot.wpd

1 soon as he had received it.  The Court construes this as a request for an extension of
2 time to file the in forma pauperis application.  (Docket No. 3)
3     Accordingly, the Court will extend the time for plaintiff to complete the in
4 forma pauperis application and provide the accompanying certificate of funds and a
5 six-month statement of his trust account.  The application and documentation must
6 be filed with the Court no later than **November 20, 2007**.  Plaintiff must submit his
7 accompanying documentation by the deadline, or the Court will dismiss the case
8 without prejudice for failure to pay the filing fee.

DATED: October 30, 2007

*James Ware*
JAMES WARE
United States District Judge

Order Granting Extension of Time to file IFP Application
P:\PRO-SE\SJ.JW\CR.07\Jamaa04203_ifp-eot.wpd     2