1  LOUIS C. POWELL JR. B-59864

2  P.O. BOX 7500  D1-104

**FILED**

MAR 3 1 2008

3  PELICAN BAY STATE PRISON

4  CRESCENT CITY, CA. 95532-7500

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5

6              UNITED STATES DISTRICT COURT

7           THE NORTHERN DISTRICT OF CALIFORNIA

8                ( SAN JOSE DIVISION )

9

| 10 | SITAWA NANTAMBU JAMAA | NO. S: A7-04203-JW |
| 11 | LOUIS C. POWELL JR. et.al | PLAINTIFF LOUIS C. POWELL JR. |
| 12 | SIMILIAR SITUATED PRISONERS | MOTION FOR EXHIBIT |
| 13 | PLAINTIFF | ADDENDUM |
| 14 | VS. | |
| 15 | PELICAN BAY STATE PRISON | |
| 16 | DEFENDANT | |

17

18  TO: THE HONORABLE JUDGE JAMES WARE

19      OF THE U.S. DISTRICT COURT

20

21  PLAINTIFF LOUIS C. POWELL JR. et.al. SUBMITS THIS MOTION

22  FOR EXHIBIT ADDENDUM TO BE INCLUDED IN THE ABOVE

23  ENTITLED CIVIL ACTION. PLAINTIFF POWELL NAME IS LISTED

24  AS SIMILIAR SITUATED PRISONERS IN THE MATTER BEFORE

25  THE U.S. DISTRICT COURT. EXHIBIT A IS VERY IMPORTANT

26

27

28              PAGE 1 OF 2

1    AND SUPPORT THE CONTENTIONS RAISED IN THE ABOVE

2    ENTITLED CASE NO. 5:07-CV-04203-JW. THE EXHIBIT A IS

3    TITLED: THE PRISON DOCTRINE OF FASCISM IS RELEVANT

4    INSOFAR AS IT OUTLINE AN HISTORICAL ACCOUNT OF

5    INSTITUTIONALIZED RACISM INSIDE OF CALIFORNIA PRISON

6    BETWEEN THE PERIOD OF 1944 - 2007

7

8        (1) PLAINTIFF POWELL WAS UNABLE TO PROVIDE PLAINTIFF

9    SITAWA NANTAMBU JAMAA A COPY OF THIS MOTION FOR

10   EXHIBIT ADDENDUM AND EXHIBIT A. THE PELICAN BAY

11   STATE PRISON SECURITY HOUSING UNIT LAW LIBRARY DOES

12   NOT PROVIDE AN AVENUE IN WHICH THE PLAINTIFF(S) et.al.

13   AND SIMILIAR SITUATED PRISONER MAY LEGALLY COLLABORATE

14   ON THEIR INTERESTS.

15

16       (2) PLAINTIFF POWELL IS REQUESTING THAT THE COURT

17   AFFORD PLAINTIFF SITAWA NANTAMBU JAMAA A COPY OF

18   THIS MOTION AND EXHIBIT A

19

20

21       DATED MARCH 16, 2008              RESPECTFULLY SUBMITTED

22                                         Louis C. Powell Jr.

23

24

25

26

27

28           PAGE 2 OF 2

1  LOUIS C. POWELL JR. B-59864

2  P.O. BOX 7500  D1-104

3  PELICAN BAY STATE PRISON

4  CRESCENT CITY, CA. 95532-7500

5

6          UNITED STATES DISTRICT COURT

7       THE NORTHERN DISTRICT OF CALIFORNIA

8          ( SAN JOSE DIVISION )

9

10  SITAWA NANTAMBU JAMAA          | NO. 5:A7-CV-04203-JW

11  LOUIS C. POWELL JR. et. al     | PLAINTIFF LOUIS C. POWELL JR.

12  SIMILIAR SITUATED PRISONERS    | MOTION FOR APPOINTMENT

13          PLAINTIFF              | OF COUNSEL

14      VS.                        |

15  PELICAN BAY STATE PRISON       |

16      DEFENDANT                  |

17

18  TO: THE HONORABLE JUDGE JAMES WARE

19     OF THE U.S. DISTRICT COURT

20

21  PLAINTIFF LOUIS C. POWELL JR. et. al IN THE ABOVE-ENTITLED

22  CIVIL RIGHT ACTION RESPECTFULLY REQUEST THE U.S. DISTRICT

23  COURT FOR AN APPOINTMENT OF COUNSEL TO PROTECT THE

24  LEGAL RIGHTS OF PLAINTIFF(S) et. al

25

26  DATED 3-16-08                    RESPECTFULLY SUBMITTED

27                                   Louis C. Powell Jr.

28