Exhibit A

No. 5:07-CV-04203-JW

# THE PRISON DOCTRINE OF FASCISM
## — AN HISTORICAL ACCOUNT OF INSTITUTIONALIZED RACISM —
### BY NEW AFRIKAN IDEOLOGIST L.C. POWELL JR

## TABLE OF CONTENTS

HUMAN ELEMENTS OF FASCISM       PG. 1
AUTHOR TO READER                PG. 2 – 4
INTRODUCTION                    PG. 5 – 13
THE THIRTEENTH AMENDMENT        PG. 14 – 18
PRE-PRISON POLITICS HISTORY     PG. 19 – 28
THE FOUR SOCIAL CHARACTERISTIC  PG. 29 – 36
THE MALTHUS PLAN                PG. 37 – 40
THE CCPOA PRISON GUARD          PG. 41 – 46
THE PRISON INTELLIGENCE UNIT    PG. 47 – 48
THE PELICAN BAY EXPERIMENT      PG. 49 – 57

NO. 5:07-CV-04203-JW

## HUMAN ELEMENTS OF FASCISM

(A) The progenitors of the fascist construction is the industrialists

(B) The chief architect of the fascist construction is the Military-Industrial-Complex (MIC)

(C) The deputy architect of the fascist construction is the Prison-Industrial-Complex (PIC)

(D) The logistic and instruments by which the fascist construction is facilitated is the three branches of state government, director of correction, prison intelligence unit (PIU), CCPOA prison guards

(E) The collaborators and pawns of the fascist construction is the politicians, prison rights activists and the prison populace.

PAGE 1-

No. 5:A7-CV-042A3-JW

1. AUTHOR TO READER
2. The political assassination of three socially conscious
3. Black convicts on January 13, 1970 inside of California
4. Soledad prison sent a permanent message. That political
5. freedom and free speech in prison is at the discretion of
6. prison guards. For Black convicts it was zero tolerance.
7. Even when filing a federal civil action. The federal
8. government has never once investigated any civil rights
9. murders inside of California prisons.
10. Nevertheless, there's still a chosen few of Black convicts
11. who will not succumb to the fear of political assassination.
12. For over thirty years I have been in a unique position to
13. study the doctrine of fascism inside the prison microcosm.
14. In April of 1981 I was an integral part of a phenomena
15. inside San Quentin prison notorious adjustment center. The
16. narcosis of racial antagonism had dissipated. The
17. convicts consolidated their energy into a single force
18. To protest a just cause against inhumane condition. It
19. took outstanding personalities in all the races to
20. understand that a historical period in race relation could
21. shatter institutionalized racism. Thereby ending the prison
22. populace collaboration with the fascist CCPOA interest. Yes
23. In April 1981 circumstance had changed with time and
24. racially knowing how important it was to enter into a
25. dialectical relation with archenemy. If the California
26. prison theaters was to be stabilized, it was essential
27.
28. PAGE 2 -

No. 5:07-CV-04203-JW

that an armed peace existed. The stabilization of the prison theater was a common interest for the four principal groups to keep the underground prison economy in the control of the convicts. A destabilized prison theaters was in the interest of the CCPOA. It meant that the convicts would no longer control the underground economy and the return of savagery. The fascist agents of institutionalized racism used the social weapons of racism, chauvinism and irrationalism to ignite a racial war between the secondary groups. And by 1989 California prison theaters was destabilized and the convicts lost the underground prison economy.

This work is a collaborating part of understanding prison politics and institutionalized racism. First it is imperative to interpreted the phenomenon of institutionalized racism and the forces that control, influence and feeds its life. Yes, institutionalized racism is a living entity (organism). We must be clear about that, it is a multifaceted weapon, used to carry out: (1) Political warfare (2) Cultural warfare (3) Social warfare and (4) Economical warfare. All towards the militarisation of each state political economy.

It is important to understand that institutionalized racism is a color-blinded weapon. But it does use an anti-black campaign as a smokescreen to prevent a collaboration of racial classes. Because of our political immaturity of the past, we viewed institutionalized racism in the context of white versus black. But we now know that

PAGE 3-

NO. 5:07-CV-04203-JW

Institutionalized racism is an fascist ideas that kill and injure. In this work, the prison doctrine of fascism, I hope to cover the subject of institutionalized racism extensively so that it will help the reader understand its phenomenon inside the prison microcosm.

The realization of the convicted destinies is determined by having foresight to see the way. Having a programmatic approach towards solving the sociopolitical, cultural and economical problems. Only the social conscious prisoners can divert a collision of opposing racial/cultural diversity. Those who are suffering from the disease of infantilism will be suppressed and manipulated by institutionalized racism.

The history of prison politics goes back to the late 1960's. Its forces set into opposition a phenomenon that would transcend the prison microcosm while waging a war against institutionalized racism. As of 2007, prison politics had thirty years of developing in an uncultivated polarized racial environment.

PAGE 4-

NO. 5:A7-CV-04203-JW

## INTRODUCTION

The philosophical movement of fascism was first established in the early twentieth century. Only a handful of Black Political Scientists in the 1920's understood its long term implication. And, even so, it is evident that very little if any literary work was written that could enhance our understanding of fascism. There has been absolutely no literary work done in regards to the implementation of racism by the way of the thirteenth amendment of the United States constitution.

There are different trends of fascism and its social characteristic has indoctrinated the criminal class into collaboration. Whether the criminal class acknowledge it or not. They are inseparably linked to the reactionaries forces. They are thieves without honor whose cannibalization guaranteeing that progress making would be robbed and impossible. Fascism has many sides and although global corporatism is it central nervous system. Its spinal column is composed of the military-industrial-complex and its subsidiary the prison-industrial-complex. Inside the prison microcosm, the driving force of fascism is inst., racism. It is by this mean that the custom and attitude is thrust forward. The agents of prison intelligence, prison guards and the convicts provides nourishment that feed and strengthen fascism. The prison doctrine of fascism is the first discourse of its kind. Normally someone with academic achievement should be doing a discourse on the fascist patriotism of the prison-

PAGE 5-

No: 5:A7-CV-04243-JW

No: 5:A7-CV-04243-JW

1  industrial-complex. But for now, I must take exception to
2  criticism regarding my academic qualification. I write from
3  the discipline of self-education and in ones own right, Im
4  professionally trained in the field of institutionalized racism.
5  The fascist agents of prison intelligence has been developing
6  a diabolical plan for the concrete jungles of urban America
7  for years. California being the matrix, the very womb that will
8  trigger the vortex of fascist dictatorship. The fascist agents will
9  attempt to suppress this discourse from being publish. They
10 donot want the American citizens to get wind of the diabolical
11 plans for domestic terrorism.
12 Institutionalized racism is the highest stage of fascism inside
13 the prison microcosm. The smoothness of institutionalized
14 racism is in its effectiveness to incarcerate the minds through
15 the use of fear, fraud and force. On the flip side, the peace
16 officer association of prison guards has a hereditary fear
17 and hatred of black males period. The combination of their
18 fear and hatred is dangerous and genocidal. Because of the
19 historical miscarriage that was breeded in America, It
20 became a de facto penological objective to terrorize the
21 Black convicts foremost.
22 The terrorizing inside prison is a secondary dose received
23 by the Blacks. The primary dose of being terrorized was
24 given to the Black males between the ages of 6yrs to 17yrs old.
25 Many undesirable Black males would not survive the terroristic
26 acts of the murderous peace officer association of sheriff
27 and city police.
28                    PAGE 6-

NO. 5:A7-CV-042A3-JW

1. Long before the undesirable Black male is convicted of a crime
2. and enter prison, their psyche has disintegrated under institutionalized
3. racism. If the reader is to understand the prison doctrine of
4. fascism inside the prison microcosm, it is significant to know
5. that institutionalized racism is an ideological weapon that
6. moderates the restlessness and temperament of Black males in
7. particular. The Black male psyche is emasculated during his
8. adolescence years, without exaggeration, he's feminized by
9. institutionalized racism. Through psychological engineering he
10. becomes tolerant of a system of fascist principle that degraded,
11. suppressed and brutalized his kind. He has been fitted through
12. fear, fraud and force, that caused a psychological phenomenon,
13. which warp his identity. He has no idea who he is which lead
14. to self-destruction and identity swaying. If he has never
15. violated the governing de facto laws of institutionalized racism,
16. then he's a criminal of human nature. The Black males becomes
17. mentally incarcerated during the elementary school years.
18. They're actually inmates of a fascist school institution
19. whose curriculum is tied directly into the military-
20. industrial-complex. The curriculum of patriotism, political
21. principle and the social attitudes of exploitation and
22. imperialism, allegiance to inst., racism, idolization of
23. genocidal racist and the myth of biological superiority and
24. inferiority.
25. For the Black males who demonstrates behavior problems
26. relating around inst., racism. Then they will undergo sociological
27.
28. PAGE 7-

NO. 5:07-CV-04203-JW

and psychological testing to see if they're incorrigible. If schooling, counselling, detention and corporal punishment cannot suppress the hereditary gene of intolerance, then before the age of seventeen, the Black males will be classified as an infectious biological weapon of criminality. He will unknowingly serve the fascist cause as a collaborator of his own self-destruction. Prior to adulthood, the undesirable Black males go through a criminalization process. The state government would systematically prepare the undesirables for, in order to neutralize what the American psychiatry referred to as a mental disease (i.e. DRAPETOMANIA AND DYSAETHESIA AETHIOPIS). They believe the undesirable Black males are more predispose to the disease then the undesirable Black females. The psychological differences is reflected in aggressive acts against force and repressive peace officer association authority, the pathogen of institutionalized racism has always been a hereditary enemy of the Black race. The pathogen of intolerance affecting the minds of the undesirable Black males is dormant until the impulse of social consciousness awaken it. The pathogen only has an adverse affect on the human psyche of Blacks which trigger a psychological phenomena of identity differences, rebellion and aggression. The so-called disease was coined by America psychiatrist Benjamin Rush, an abolitionist and signer of the declaration of independence. Rush stated the disease remain dormant when

PAGE 5-

No. 5:A7-CV-04203-JW

1. The brain is supplied by the narcotics of fear, fraud and force.
2. If the disease isn't active between the transitional years of
3. adolescence and adulthood. Then the disease is likely to remain
4. dormant through one's life. However an active social conscious
5. disease carrier like the targeted undesirable Blacks under
6. permanent indeterminated security housing unit at both Pelican
7. Bay and Corcoran state prisons. Those undesirable social
8. conscious Black males can simulate the impulse of non-
9. active Blacks causing activation. The Blacks under permanent
10. indeterminated in the prison holes were curing the Black
11. male psyche in the general prison theater. The fascist agents
12. of PIU could not afford to let that happen.
13. As far back as the 1940's, the prison psychiatry department
14. recommended the socio-political quarantine once the sympton
15. of the disease were identified (1) trying to liberate oneself
16. and others through ideological and cultural education that's
17. antithesis to fascism (2) disobedient and insubordinated to
18. institutionalized racism.
19. The remedy to the sympton were (1) use fear tactics and
20. fraud, and if that fail (2) then strap the undesirable Black
21. male to the prison whipping post and whip the rebellious
22. devil out of him (3) if the remedy of force still prove
23. to be ineffective. Then the undesirable Blacks must be
24. classified as a threat to institutional security. And
25. disposed of by assassination or buried in the prison holes
26. forever.
27.
28.         PAGE 9~

No. 5:A7-CV-042A3-JW

ii

It would be through a historical miscarriage that Blacks would be confined to America's prison. Every prison in Calif., has a small circle of fascist overseers who are overt racists and among the worst social cowards of society. Their hatred of Black's is the motivation and inspiration of their sadistic treatment. The criminal justice system of peace officers, prosecutors and judges made sure that Black's life weren't worthy of justice from racial abuse and killings.

Prior to the civil war between the states, few if any Blacks were in state prisons. The emancipation proclamation was intended only to apply to those states in rebellion against the union on January 1, 1863. It did not end Black slavery in the United States. However it did lead Black's into state prisons at a high rate. The thirteenth amendment of the U.S. Constitution reenacted slavery by virtue of a person being convicted of a crime. Thereby the re-enslavement of at least one-third of Black laborers into the criminal justice system could systematically be done through the simple process of criminalization. By way of economical racism, it prevented the ex-Black slave class from having the necessities of life after the end of the institution of slavery. It gave birth to socioeconomic survival crimes that would continue unabated for thirteen decades after the so-called emancipation proclamation. It was by the design of fascist that over a

PAGE 10 -

third of Black labor force would be without the means of feeding and sheltering themself of their families, which led to subculture practices and behavioral patterns of an infantile nature. All which would lead the subculture labor class into the criminal justice system. And, once inside the system, two-thirds of the Black convicted class will be trapped in a perpetual state of imprisonment, parole and probation. Even the offsprings of these Blacks will be born to a premature death, from their mother's womb to America's tomb. Prison the contradictions of society are magnified ten-fold and no stripe is allowed to slide.

### iii

California's prisons may be unique in the sense that institutionalized racism is complex and made up of interconnecting parts. All arranged to maintain a permanent disunification of the prisoners by way of a class struggle amongst the races while feeding upon cultural/social incompatibilities. During the entire course of the convicted prison term, institutionalized racism preserve itself by absorbing itself in the minds of prisoners. I named four social characteristic of prison guards and prison intelligence agents which equally applies to the prisoners as well: (1) racism (2) chauvinism (3) irrationalism (4) obscurantism. Each characteristic sharpens the old stereotypical and antagonistic attitudes that keep racial classes at war.

PAGE 11-

No. 5:A7-CV-042A3-JW

(A) The system of institutionalized racism breeds a pathological behavior of racial hatred between Blacks, Browns and whites.

(B) The system of institutionalized racism fosters regional difference between southern and northern California prisoners

(C) The system of institutionalized racism divides prisoners into a socioeconomic class arrangement.

(D) The system of institutionalized racism force racial cannibalizing of one's kind.

The steady growth of institutionalized racism is strengthen by fraud, fear and force orientation of every convicted person entering California prisons.

The fraud:

(E) To convince everyone that the Black prisoners are inferior. The prison administration has systematically treated Blacks as a lower race socioeconomically

(F) To convince everyone that the white prisoners are superior. The prison administration has systematically treated white as a higher race socioeconomically

PAGE 12 -

1. (G) To convince everyone that the brown, red and
2. yellow prisoners are between inferior and superior. The prison
3. administration has systematically treated the Browns, Red and
4. yellow above Blacks and below Whites socioeconomically.
5.
6. The creating the anti-Black climate is systematically done,
7. for those who didn't inherit anti-Black attitude will
8. acquire racial antagonism inside of prison.

PAGE 13