No. 5:A7-CV-042A3-JW

1             THE THIRTEENTH AMENDMENT

2

3           SECTION 1. Neither slavery nor involuntary

4    servitude, except as a punishment for crime whereof

5    the party shall have been duly convicted, shall exist

6    within the United States, or any place subject to

7    their jurisdiction.

8

9

10   The historical and logical process of the 13TH amendment

11   evolved out of a bourgeoisie skirmish known as the

12   civil war. The foot soldiers of both the union and

13   confederacy were politically ignorant have-nots. It is

14   insignificant if the white have-nots was for or against

15   the economical and political system of slavery. Because

16   at the conclusion of the war, the have-nots on both

17   sides of the contradiction inherited for themselves and

18   their offsprings, the economical and political system of

19   slavery under the 13TH amendment.

20   Beside the 13TH amendment, no other constitutional

21   amendment can legally and politically reduce first-class

22   citizenship to that of second-class citizenship. It is

23   also the only fascist amendment in the constitution that's

24   embedded with a criminal organism that oppose a

25   revolutionary situation. It force the convicted have-nots into

26   cannibalism. The criminal have-nots will eat away at the

27

28               PAGE 14-

No. 5:A7-cv-042A3- JW

1. possession and livelihood of the law abiding have-nots. The
2. 13TH amendment allows no other means for the convicted to live,
3. and they must go on a feeding frenzy. The amendment was
4. design with the intent of playing both ends (law abiding have-nots
5. versus criminal have-nots) against the middle so as to advance the
6. cause of fascism.

7. 

8.                          i i

9. The 13TH amendment was a brilliantly contrived and constructed
10. element of capitalism. Prior to its resolution, both the
11. Black slaves in rebellion and the white have-nots who was
12. opposed to slavery was politically ignorant to the many
13. facemasks of fascism. The Northern bourgeoisie leadership
14. coopt the abolitionist movement. It was their way To
15. guarantee that liberation making would be robbed and
16. impossible. The Black slave had no say in their destiny as they
17. transferred from the economics of slavery to the economics of
18. the have-nots class. The political destiny of the ex-slave
19. class liberation struggle became a civil right struggle
20. for the 14th amendment rights and privilege.
21. The compromising language allowed the reforming of slavery
22. and the settlement of differences between the Northern states
23. and the Southern states. By combining the two economical
24. system, it would strengthen state-monopoly capitalism while
25. bringing about the eventual militarisation of the political
26. economy and the imperialistic conquest over other sovereignties.

27. 

28.                      PAGE 15-

NO. 5147-CV-04243-JW

1  The industrialists had politically and legally created an
2  even playing field for all the have-nots (i.e. Black, Brown,
3  white, Red and Yellow). By re-inventing slavery to be
4  inclusive of have-nots irregardless to race. The attitudes
5  of prejudices and discrimination remaining in place served as
6  a smoke screen for the social class of have-nots white males
7  who believed that the 13th amendment didn't apply to their
8  race. The fascist nature of the 13th amendment would:
9  (1) keep the have-nots pitted in cannibalizing warfare
10 against each other over the economical scraping and (2) feed
11 the narcosis of racial hatred

13                        iii
14 Every living person who has been convicted of a felony in
15 the United States is an active or inactive biological disease
16 of fascism. The political philosophy feeds off of crime, it is
17 a lifeline that ensure that civil liberties of the law
18 abiding have-nots are eaten away. All towards the
19 dictatorship of the industrialists.
20 By incapacitating the felon for life, not even a certificate
21 of rehabilitation will restore first-class citizenship. By
22 taking away duties, rights and privileges that's equivalent to
23 sixty percent of a legal livelihood. The felon is left with
24 only forty percent of a legal livelihood to work with and
25 then must supplement by way of the underground economy. Even
26 if the felon work odds and ends jobs for a supplemental income,

28                     PAGE 16-

1  without reporting the income, it keep the felon an outlaw. By
2  reporting the income for taxation, it keep the felon living below
3  the poverty level, a catch-22, unable to sustain a full
4  life for no one.
5  The 13th amendment is a multifaceted weapon used to carry
6  out political, cultural, social and economical inequality. It
7  ensures that the felons indulges in cannibalizing, even against
8  their own families and neighbors. The felons produces and
9  reproduces dysfunctional families that leads to dysfunctional
10  communities. The city and state governments shift funds
11  away from public education, healthcare, public services etc.,
12  towards crime prevention which entails more peace officer
13  association in behalf of the military-industrial-complex.
14  When communities becomes dysfunctional, the region becomes
15  depressed with drugs, gangs and vices.
16
17                    iv
18  If THREE-FORTHS of the states rejected and amended the
19  thirteenth amendment, the prison-industrial-complex would transform
20  into a sand-castle because the profit motive has been taken away.
21  Prison does not serve the public interest. Although the public
22  sector fraudulently believe prison combat crime. All the
23  public can see and feel is the cannibalization of crime that eats
24  up their tax dollars. The fascists has orientated the public
25  around the irrationalism that prison being a main weapon in
26  the war against crime. It could be, if there weren't a
27
28                    PAGE 17-

No. 5:A7-cv-04243-JW

thirteenth amendment legalizing slavery.

AMEND THE THIRTEENTH AMENDMENT TO READ:

SECTION 1. Neither slavery nor involuntary servitude shall exist within the United States or any place subject to their jurisdiction.

If the amending was to occur, it is a qualitative theory that tax payers would never have to pay another penny towards the maintenance and security of the prison system. Every state prison system would become self-sufficient, also: the social phenomena of crime as we know it would decrease as duties, privileges and rights is no longer impeded for the felon. The possibility for livelihood and rehabilitation transform into a reality. The incarcerated felon would no longer be working for an inmate pay rate at the minimum of 0.08 cent hourly and the maximum of 0.37 cent hourly. The pay rate would be the minimum wage earned as outside workers and the maximum would be indeterminated. The incarcerated felon would be able to financially help support their outside families while bringing an end to dysfunctional families. Ex-felons would return to the duties of armed forces enlistment and jury duty. The fifteen amendment right of voting would be restored to felons. Racial riots, prison gangs and street gangs would become obsolete etc.

NO, 5:A7-CV-042A3-JW

1                  PRE-PRISON POLITIC HISTORY

2   THE HISTORY OF PRISON POLITICS WOULD EVOLVED OUT OF

3   INSTITUTIONALIZED RACISM. IT BECAME ITS OWN NEGATION

4   BACK WHEN CALIFORNIA HAD ONLY THREE PRISON IN 1944.

5   THE WHITE CONVICTS WERE EIGHTY-FIVE PERCENT OF THE

6   PRISON POPULACE IN 1944. THE BROWN CONVICTS WERE ABOUT

7   NINE PERCENT AND BLACK CONVICTS WERE ABOUT SIX PERCENT.

8   THE UNDERGROUND PRISON ECONOMY WAS CONTROLLED BY THE

9   WHITE CONVICT MAJORITY. IT WAS DURING THIS TIME THAT

10  THE CONVICT CODE WAS ESTABLISH. THE CORNERSTONES OF

11  THE CONVICT CODE WAS DEATH TO SNITCHES AND VENGEANCE

12  FOR A WRONG. IT WAS A SIMPLE SOCIAL CONTRACT.

13  THE WHITE CONVICTS MONOPOLIZED PENITENTIARY POWER.

14  FORCE HAS ALWAYS BEEN A CONDITION OF HUMAN BEHAVIOR.

15  THE BROWN AND BLACK CONVICTS SHOTCALLERS OF INFLUENCE

16  WAS GIVEN A PORTION OF THE CONTRABAND PRISON

17  SUPPLIES AT A DISCOUNT RATE. THE PRISON ORIENTATION

18  WAS DE FACTO SEGREGATION OF PRISON CELL, CHOW HALL,

19  SHOWER STALLS, YARD SOCIAL INTERCOURSE, CHURCH

20  SERVICES JOB CREWS AND ETC.

21  INSTITUTIONALIZED RACISM IS A LIFE ENERGY THAT HAS

22  AN APPETITE, IF IT IS NOT FED, IT CANNOT SUSTAIN ITS

23  SOCIOECONOMIC MOTIVE. ITS SYSTEM OF SOCIOLOGY

24  HAS ITS OWN IRRATIONALISM OF LOGIC THAT

25  DIFFERENTIATE BETWEEN BLACK, BROWN AND WHITE IN A

26  SOCIOECONOMIC RANKING ORDER. ITS ALL GEAR TOWARDS

27

28                - PAGE 19 -

1  MAINTAINING THE STATUS QUO OF THE OUTSIDE WORLD. THE
2  SYSTEM ESTABLISHED WHAT IT CONSIDER TO BE AN
3  EQUILIBRIUM THAT MAINTAIN AN ORDERLY PENITENTIARY
4  DEVOID OF SOCIOECONOMIC VIOLENCE BETWEEN THE
5  RACIAL CLASSES. THE INCIDENTS OF VIOLENCE OCCURRING
6  PRIOR TO THE 1960 WAS SOCIOCULTURAL IN NATURE.
7  THE PRISON ADMINISTRATION FROM TOP TO BOTTOM WAS
8  ALL WHITE MALES MEETING THE WEIGHT AND HEIGHT
9  REQUIREMENT. NO MALES OF COLOR NOR FEMALES WAS
10 ALLOWED TO WORK IN THE CDC. IT WAS COMMON FOR THE
11 PRISON GUARDS TO SPEAK RACIST AND BELITTLING TO
12 NON-WHITE CONVICTS IN GENERAL BUT TO BLACK CONVICTS
13 IN PARTICULAR. THE PRISON GUARDS WERE CONFORMING TO
14 SOCIAL ATTITUDE AND CONDUCT EXISTING OUTSIDE THE
15 PRISON MICROCOSM. THE BLACK MUSLIM CONVICTS ONLY A
16 HANDFUL BEGAN TO VERBALLY RESPOND TO THE RACIST AND
17 BELITTLING CONDUCT DIRECTED AT THE BLACK CONVICT POPULACE.
18 OF COURSE THE BLACK MUSLIM PROTESTATION WAS VIEWED AS
19 NOT HAVING RESPECT NOR FEAR OF WHITE PRISON GUARDS
20 AUTHORITY. BETWEEN 1944 AND 1960 UNTOLD NUMBER OF
21 BLACK CONVICT WAS ASSAULTED AND MURDERED BY PRISON
22 GUARDS FOR INSUBORDINATION AND SPORTS.
23 THE BLACK MUSLIM CONVICTS WAS OF THE NATION OF ISLAM.
24 THERE WERE NO SUNNI OR SHIITE MUSLIMS IN CALIFORNIA
25 PRISONS. THE BLACK MUSLIM WERE THE FIRST BLACK
26 ORGANIZED PHENOMENON INSIDE OF CALIFORNIA'S PRISONS.
27
28                  - PAGE 26 -

1  PRE-PRISON POLITICS BECAME A PRODUCT OF BLACK'S PSYCHE.

2  PRIOR TO THAT, THE BLACK CONVICTS PSYCHES HAD

3  DISINTEGRATED UNDER INSTITUTIONALIZED RACISM LONG

4  BEFORE COMING TO PRISON, THERE WAS NO INTEGRITY. PRIOR

5  TO THE 1960's, THE BLACK CONVICTS TOLERATED THE

6  DEGRADING AND BRUTALISING OF HIS KIND. THEY HAD

7  BEEN FITTED DURING THEIR ADOLESCENE YEARS THROUGH

8  FEAR, FRAUD AND FORCE. THAT'S WHEN THEIR PSYCHE WAS

9  EMASCULATED BY INST., RACISM. THE PRISON PSYCHIATRIST

10  CLASSIFIED THOSE IDENTIFIED AS BLACK MUSLIM AND THE

11  REBELLIOUS NON-MUSLIM BLACKS TO BE SUFFERING FROM A

12  BLACK MALE HEREDITARY MENTAL DISEASE CALLED:

13  (i.e. DRAPETOMANIA AND DYSAETHESIA AETHIOPIS)

14  SEE  INTRODUCTION AT PAGE 10 THRU 12 L1-6.

15  THE SYMPTON OF THE MENTAL DISEASE ACCORDING TO THE

16  AMERICAN PSYCHIATRY WAS TRYING TO ESCAPE FROM

17  PRISON SLAVERY, DISOBEDIENT AND INSUBORDINATION TO

18  WHITE MALE AUTHORITY, THE PRISON PSYCHIATRIST

19  RECOMMENDED THE WHIPPING RACK AT OLD FOLSOM AND

20  FORCE ELECTROSHOCK THERAPY TO PURGE BLACK MUSLIM OF

21  THEIR RELIGIOUS BELIEF OR JUST FOR EXPERIMENTAL PURPOSE.

22

23                          ii

24  AT THE VERY BEGINNING OF MAN'S INCARCERATION IN

25  CALIFORNIA'S THREE PRISONS. THE PRISON ARCHITECTS AND

26  PROGRAM ADMINISTRATORS WERE CLOTHED AS MEN OF THE CLOTH.

27

28                  - PAGE 21 -

1   PRISONS ARE STRUCTURE AROUND RELIGIOUS TENET AND THE
2   CONVICTS ARE FORCED TO SACRIFICE CERTAIN THINGS UNDER
3   THE THEOREM OF OBEDIENCE, POVERTY AND THE ABSTENTION.
4   APPARENTLY THEY BELIEVE IT WOULD PRODUCE IN CONVICTS A
5   MORAL AND THEOLOGY NATURE. THEY DID SUCCEED IN
6   PRODUCING FRAUDULENT RELIGIOUS CONVERTS.
7   ALTHOUGH ONLY ONE RELIGION WAS ALLOWED, NOTHING
8   OUTSIDE OF CHRISTIANITY. EVEN WITH THE FRAUDULENT
9   CONVERTS, THE RELIGIOUS THEOREM WAS SATISFY. JUST BY
10  THE CONVICTS GOING THROUGH THE PROCESS THEY HAD BECOME
11  DOCILE AND MORALLY WEAK. THE ABSTENTION FROM NORMAL
12  HETEROSEXUAL INTERCOURSE CREATED A PERVERSION. SOME
13  CONVICTS YIELD TO HOMOSEXUAL INTERCOURSE, MARRIAGE AND
14  RAPE.
15  THE BLACK CHRISTIAN CONVICTS WASN'T ALLOWED TO ATTEND
16  SERVICE IN THE PRISON CHAPEL AT THE SAME TIME AS WHITE
17  AND BROWN CONVICTS. THE DE FACTO SEGREGATION
18  PREVENTED SOCIAL INTERCOURSE BETWEEN BLACKS AND NON-
19  BLACK CONVICTS. EVERY CONVICT WAS ISSUED A BIBLE. EVEN
20  IF THE CONVICTS DIDN'T READ IT, THEY MUST STILL KEEP THE
21  BIBLE IN THEIR CELL. PRISON IS THE INSEPARABLE UNION
22  BETWEEN STATE AND CHURCH. BOTH SANCTION THE
23  INSTITUTION OF SLAVERY WITH ALL ITS CRUELTIES. EVEN THE
24  PAROLING COMMITTEE (ADULT AUTHORITY) ARTFULLY ACT OUT
25  THEIR ROLE AS THE AD MINISTERS. THE CONVICTS WHOSE
26  SEEKING A PAROLE DATE IS ALLOWED TO MAKE A

27

28                          - PAGE 22-

1  CONFESSIONAL RELEASE OF THEIR SIN AGAINST STATE LAW AND
2  CHURCH TEN COMMANDMENT. THE RITUAL WAS A MANDATORY
3  REQUIREMENT (DE FACTO) IN ORDER TO SHOW GUILT AND REMORSE.
4  THE PROCESS OF EXPRESSING REMORSE IS ASKING THE CHURCH
5  BY WAY OF THE AD MINISTERS FOR FORGIVENESS. THEN
6  THERE WAS SEPARATE DE FACTO CONDITIONS PERTAINING TO
7  BLACKS CONVICTS ONLY THAT WAS WORSE THEN EXPRESSING
8  GUILT AND REMORSE. THE STATUS QUO OF INSTITUTIONALIZED
9  RACISM ADVERSELY EFFECTED BLACK CONVICTS. IN THE ADULT
10 AUTHORITY THIRTY-THREE YEAR HISTORY NOT A SINGE
11 BLACK CONVICT IN THE SECURITY HOUSING UNIT WAS EVER
12 FOUND SUITABLE FOR A PAROLE DATE.
13 THE RECORD IS SILENT ON THE ADVERSE EFFECT THAT INSTITUTIONALIZED
14 RACISM HAD ON BROWN AND WHITE CONVICTS. FOR TWO
15 DECADES 1944-1964 THE STATUS QUO OF INST., RACISM
16 WOULD GO UNCHALLENGE BECAUSE THERE WEREN'T A BLACK
17 CONVICT SOCIAL FORCE THAT COULD CHALLENGE IT. PRISON
18 GUARDS KILLED BLACK CONVICTS WITH IMPUNITY. THE NUMBER
19 OF BLACKS WHO WAS MURDER HAS BEEN LOST IN OBLIVION.
20 TWO DECADES AFTER 1964 THERE WOULD BE AN INSTITUTIONAL
21 CHANGE. INST., RACISM WOULD UNDERGO A METAMORPHOSIS
22 (LIKE A MAGGOT INTO A FLY). PRIOR TO 1984 WHILE IT WAS
23 STILL A MAGGOT IT HAD AN IMMEDIATE EFFECT ON BLACK
24 CONVICTS. AFTER 1984 WHEN THE MAGGOT BECAME A FLY
25 IT EFFECTED ALL RACES.
26
27
28                  - PAGE 23 -

iii

BY THE 1960's THINGS BEGAN TO CHANGE. CALIFORNIA HAD
ELEVEN PRISONS (i.e. CHINO, FOLSOM, SAN QUENTIN, SOLEDAD,
TRACY, TEHACHAPI, SUSANVILLE, VACAVILLE, CMC, CRC AND CEW).
THE PRISON MAKE UP HAD CHANGED, WHITE CONVICTS WERE NOW
ABOUT FORTY-SEVEN PERCENT, BLACKS WERE THIRTY PERCENT
AND BROWNS WERE TWENTY-THREE PERCENT. BOTH THE BLACK
AND BROWN CONVICTS HAD STRONG SOCIAL FORCES. AN
ALLIANCE BETWEEN THEM COULD CREATE A MAJORITY. THEY
WERE ALREADY DEMANDING THAT THE PRISON UNDERGROUND
ECONOMY BE DIVIDED EQUALLY THREE WAYS WITH NO TAX
LEVIED. THE WHITE CONVICTS WEREN'T ABOUT TO LOSE THEIR
EXCLUSIVE CONTROL WITHOUT A WAR. IT WAS THE BEGINNING
OF RACIAL WARS FOUGHT BEHIND SOCIO ECONOMICAL FACTORS.
WITH THE LONG LOCKDOWNS, IT WAS ADVERSELY EFFECTING
PROFITS. THE WHITE CONVICTS WHO WERE PROFICIENT IN
ECONOMICS REALIZED THAT BY REACHING A SETTLEMENT WITH
THE BLACK AND BROWN CONVICTS, THEY WOULDN'T LOSE THEIR
MONOPOLY NOR THEIR PROFITS. THE RACIAL WARS ENDED WITH THE
SURPLUS OF PRISON SUPPLIES BEING DIVIDED THREE WAYS. THE
BLACK AND BROWN CONVICTS CELEBRATED A FRAUDULENT VICTORY.
SINCE THE WHITE CONVICTS DIDN'T CONTROL THE ASSIGNMENT OF
PRISON JOBS, IT WASN'T PART OF THE SETTLEMENT. IN ALL
ELEVEN PRISONS, IT WAS STILL AN ALL WHITE MALE PRISON
ADMINISTRATION AND FREE PERSONNEL WHO HAD CONTRACTS
WITH THE PRISON. ALL THE BEST JOBS REMAIN WITH THE WHITE

- PAGE 34 -

1  CONVICTS WHICH GUARANTEE AN UNEQUAL PLAYING FIELD. THE
2  WHITES USED THE KEY JOBS TO LEVY TAXES IN WHICH TO
3  TRANSPORT THE SURPLUS GOODS FOR BLACKS AND BROWNS
4  THROUGHOUT THE PRISON, THE WHITE CONVICTS CONTROLLED THE
5  MAJORITY OF THE INDUSTRIAL JOBS IN OLD FOLSOM. WHICH
6  MEANT THAT THEY COULD PRODUCE PRISON ARMAMENT 100 TO
7  EVERY 1 PRODUCED BY BLACKS. THE WHITES HAD THE USE OF
8  MACHINERY WHILE BLACKS HAD TO USE THE LABOR OF THEIR
9  HANDS, EVEN THOUGH THE PENITENTIARY WAS RAN BY CONVICTS,
10 THE FREE PERSONNEL CONTRACTORS HAD TOTAL DISCRETION ON
11 WHAT CONVICTS WORKED UNDER THEIR SUPERVISION. THE RECORD
12 ISN'T CLEAR ON IF THE FREE PERSONNEL IN FOLSOM WERE
13 RACIST OR JUST FEARFUL OF BLACK CONVICTS. WHATEVER IT
14 WAS, THEY SIMPLY WOULDN'T GIVE BLACK CONVICTS AN
15 INDUSTRIAL JOB FOR TWENTY-SIX YEARS 1944-1970. IT KEPT BLACKS
16 AT A MILITARY DISADVANTAGE. UNFORTUNATELY IT TOOK THE
17 KILLING OF A FREE PERSONNEL IN FOLSOM TO FORCE HIRING
18 ASSIGNMENT. SEE PEOPLE -V- GAULDEN  111 CAL. RPTR. 803.
19 DURING LOCKDOWNS THE CONVICT WORKFORCES KEPT PRISONS
20 OPERATING. AND BY THE LABOR FORCE BEING COMPRISED OF
21 A WHITE CONVICT MAJORITY. THEY COUPLE TRIPLE THE TAX
22 LEVY FOR TRANSPORTING SUPPLIES. BLACKS AND BROWNS WOULD
23 HAVE DONE THE SAME IF POSITION WERE REVERSE. THE BLACK AND
24 BROWN CONVICTS WEREN'T UNIFIED POLITICALLY IN ORDER TO
25 CHALLENGE THE STATUS QUO OF INST., RACISM.
26 THE BLACK CONVICTS WERE DIVIDED BY NORTH AND SOUTH
27
28                    - PAGE 25

1  TRIBALISM WITH OVER SIX PRISON GANGS. THE BROWNS
2  UNIFICATION BECAME ETHNICALLY INJURIOUS (BROWN VERSUS
3  BROWN) BY TERRITORIAL EXPLOITATION. BY 1965 THERE WAS
4  OVER FIVE HUNDRED BLACK MUSLIM IN CALIFORNIA'S PRISONS.
5  THEY RESTORED THE BLACK MALE PSYCHE THROUGH THE TEACHINGS
6  OF THE HONORABLE ELIJAH MUHAMMAD, UNCONSCIOUSLY THE
7  PRISON ADMINISTRATION AND CHAPLAIN WAS PUSHING THE
8  RELIGIOUS ORIENTATED BLACK CONVICTS TOWARDS THE NATION
9  OF ISLAM, THE DE FACTO SEGREGATION POLICY SERVED AS A
10 TEACHING TOOL FOR THE BLACK MUSLIM. THE KORAN WASN'T
11 ALLOWED INSIDE PRISONS, BUT THE MUSLIM CONVICTS HAD
12 HANDWRITTEN COPIES OF THE KORAN, THEY USED THE KORAN AND
13 THE BIBLE TO TEACH BLACK THEOLOGY, FOR THOSE BLACK
14 CONVICTS WHO WEREN'T RECEPTIVE TO RELIGIOUS BUT POLITICAL,
15 THE BLACK MUSLIM POLITICALIZED THEM INTO MILITANTS AND
16 TAUGHT THEM BLACK HISTORY MODERN AND ANCIENT. THE
17 MATERIAL EVIDENCES OF INST., RACISM WAS AN ENCYCLOPEDIA
18 IN ITSELF, AND THE MUSLIM TAUGHT ABOUT IT. THE BLACK
19 MUSLIM CONVICTS WERE THE FORERUNNERS OF PRISON POLITICS.
20 BOTH BUNCHY CARTER AND ELDRIDGE CLEVER WAS STUDENTS
21 OF THE NATION OF ISLAM.
22
23                      IV
24 THE PRISON ADMINISTRATION WAS BECOMING FEARFUL AROUND
25 AUGUST 1965 DURING THE WATTS REBELLION, THEY CONSIDER THE
26 POSSIBILITY OF THE BROWN CONVICTS FOLLOWING THE BLACK
27
28                   ~ PAGE 26 ~

1   MUSLIM CONVICTS LEAD IN PARA-MILITARY UNIFORMITY. THE
2   MUSLIMS DISREGARDED THE UNWRITTEN POLICY OF NO MORE
3   THEN TWO BLACKS STANDING TOGETHER IN SOCIALIZATION. THE
4   POLICY WAS FOR BLACK CONVICTS ONLY. THREE OR MORE BLACKS
5   STANDING TOGETHER CONSTITUTED A CONSPIRACY AGAINST
6   INST., RACISM. THE DIRECTOR OF CORRECTION DECIDED TO ALLOW
7   THE BROWN CONVICTS TO HAVE CATHOLIC SERVICES. EVERY
8   PRISON HIRED A CATHOLIC PRIEST TO ADMINISTER CATHOLICISM.
9   BUT TO BREAK ANY INKLING OF A SOCIO-ECONOMICAL AND
10  POLITICAL ALLIANCE BETWEEN BLACK AND BROWN CONVICTS.
11  THE WARDEN HAD HIS PROGRAM ADMINISTRATORS TO
12  RESHUFFLED PRISON JOBS AROUND THROUGH THE CLASSIFICATION
13  COMMITTEES OF SAN QUENTIN, FOLSOM, CHINO, TRACY
14  AND SOLEDAD.
15  THE BROWN CONVICTS WERE GIVEN CERTAIN PRISON JOBS
16  THAT WOULD FREE THEM FROM THE TAX LEVY OF WHITE
17  CONVICTS. THE PRINCIPAL BROWN SOCIAL FORCE COULD NOW
18  TRANSPORT THEIR OWN PROVISION AND CREATE ROUTES
19  UNMOLESTED BY PRISONS SECURITY. IT WAS A GOLD MINE FOR
20  THE BROWNS CONVICTS. ANY NOTION OF AN ALLIANCE WITH
21  THE BLACK CONVICTS DISSIPATED INTO THE WINDS. IT WASN'T
22  IN THE BROWN COLLECTIVE INTEREST, THEY WERE NOW IN A
23  BUFFER POSITION THAT SITUATED THEM ABOVE THE BLACKS AND
24  BELOW THE WHITES. IT WAS MUCH BETTER THEN WHAT THEY
25  BARGAIN FOR. IT WAS UNDERSTANDABLE THAT THEY WOULD
26  HAVE TO PROTECT THEIR INTEREST. EVEN IF IT LEAD THEM DOWN
27
28                        - PAGE 27 -

1 THE ROAD OF ENGAGING THE BLACK SOCIAL FORCE IN WARFARE,

2 THE BROWN SOCIAL FORCE ENTER INTO AN ALLIANCE WITH THE

3 WHITE SOCIAL FORCE . AND SO BEGUN THE TUSSLE BETWEEN THE

4 RACES THAT WOULD LEAD TO KILLINGS AND RACIAL WARS,