THE FOUR SOCIAL CHARACTERISTIC




THE TENTACLE OF FASCISM AND ITS BY-PRODUCT TAKE ON A LIFE OF ITSELF CREATING SOCIAL, CULTURAL, ECONOMICAL AND POLITICAL WARFARES THAT CRIPPLES CONVICTS, THEIR FAMILIES AND COMMUNITIES. WHICH THEN FORCE THE STATE GOVERNMENT TO BECOME DICTATORIAL AS CIVIL LIBERTIES DISAPPEAR, ALL TOWARDS THE MILITARIZATION OF EACH STATE POLITICAL ECONOMY. IT IS IMPORTANT TO UNDERSTAND THAT INST., RACISM IS A COLOR-BLIND WEAPON. BUT IT DOES USE AN ANTI-BLACK CAMPAIGN AS A SMOKESCREEN TO PREVENT A COLLABORATION OF CALIFORNIA RACIAL PRISONER CLASS. WITHOUT AN INSTITUTION TO GIVE IT LIFE, INST., RACISM WOULD DIE. IT WOULD BE LIKE CUTTING OFF THE OXYGEN OF RACISM. IF PUBLIC/STATE INSTITUTION WAS TO CUT OFF THE OXYGEN OF RACISM WE WOULD LIVE A COLOR BLIND LIFE. BUT WHEN INST., GIVE LIFE TO RACISM, THE TENTACLE BECOMES FAR REACHING INTO AREAS BEYOND RACE, LIKE GENDER, ETHNICITY, BELIEF, RELIGION, SEXUAL ORIENTATION, etc.

NO. 5:07-CV-04203-JW




(i) INTELLECTUAL BOOKS THAT ADDRESSES BLACK POLITICAL SCIENCE, CULTURE, IDEOLOGY AND LANGUAGE THAT ENHANCES THE BLACK CONVICTS SOCIAL CONSCIOUS IS AT THE DISCRETION OF THE PRISON INTELLIGENCE UNIT. THE DISCIPLINE OF BLACK PHILOSOPHY WRITINGS (i.e. DISCOURSE, ESSAY, POETRY, DRAWINGS, MANUSCRIPT, etc) IS FREQUENTLY CONSIDER AS GANG LITERATURE AND CONFISCATED TO BE DISPOSE OF BY THE PIU IN ORDER TO SUPPRESS PUBLISHING. THE SAME FASCIST AGENTS WHO DISAPPROVED OF THE MATERIALS (BOOKS, WRITING, ART WORK) OF BLACK POLITICAL PHILOSOPHY INTELLECTUAL ADVANCEMENT WILL NEVER STAND IN OPPOSITION TO FIRST WORLD CAPITALISM AND SECOND WORLD COMMUNIST INTELLECTUAL LITERATURE OR WRITINGS ABOUT WHITE POLITICAL PHILOSPHY THAT CONSIDER BLACKS AS

NATURAL SLAVES, ARISTOTLE PHILOSOPHY, MALTHUSIANISM, MARXISM, ENGELS, ITALIAN FASCISM, GERMAN FASCISM etc.

(2.) THE SAME FASCIST PIU AGENTS IS OPPOSED TO POLITICAL REFORM INSOFAR AS POLICYS THAT REDRESS DISCRIMINATION IN OPPORTUNITY, EDUCATION AND EMPLOYMENT. BLACK CONVICTS WHO ATTEMPTS TO STUDY THE INTERDISCIPLINARY TOWARDS BECOMING POLITICALLY MATURE IS CONSIDER A THREAT TO PRISON SECURITY. INTELLECTUAL ADVANCEMENT IS FORMING CONSCIOUSNESS AND BY PREVENTING THE STUDYING, POSSESSING, LEARNING AND SPEAKING THE LANGUAGE OF SWAHILI, IT PREVENT THE SOCIAL INTERCOURSE AND CONTINUITY WITH BANTU SPEAKING BLACKS IN AFRIKA ON ALL LEVELS. BLACK CONVICTS ARE ALLOWED TO STUDY, POSSESS, LEARN AND SPEAK THE LANGUAGE OF BOTH ITALIAN (BENITO MUSSOLINI) AND GERMAN (ADOLF HITLER). THE FASCIST AGENTS OF PIU STATED THAT NO DISPARITIES EXIST, THAT SWAHILI LANGUAGE IS A THREAT WHILE TELLING CORRECTIONAL GUARDS TO REPORT ON BLACK CONVICTS SPEAKING THE JUNGLE LANGUAGE. THAT IS HOW THE PIU REFER TO SWAHILI AS A JUNGLE LANGUAGE OF THE GORRILLAS (ANTHROPOID APES). THE PIU ALSO TELL THE BLACK CONVICTS THAT NOT ONLY IS THE ITALIAN AND GERMAN LANGUAGE IS AVAILABLE BUT ALSO FRENCH, JAPANESE AND SPANISH.




(1.) THE CHAUVINIST CORRECTIONAL GUARD SEEK TO MAKE EVERYONE LIFE IN THE IMAGE OF HIS KIND. THE SAME OPINION, CONCEPT, PREJUDICES AND TASTE IN LITERATURE, ART, MUSIC. A LOT OF CHAUVINIST MALES ARE SUFFERING FROM PSYCHOLOGICAL INSANITY, SOCIAL COWARDISM AND UNCOMFORTABLE ABOUT THEIR OWN MANHOOD, BELIEF AND SOCIAL ATTITUDES THEY WILL LEAP STRAIGHT INTO AGGRESSIVE BEHAVIOR OR CONFRONTATION ONLY WHEN THEY BELIEVE CONDITION FAVOR THEM. THEY FEAR BLACKS TO THE POINT THAT THEY USE ASSAULTING A BLACK AS THEIR BAPTISM OF FIRE EVEN THOUGH THE PERSON IS IN SHACKLES OR FORCED TO FACE THE GAUNTLET OF GUARDS WITH WOODEN BATON. THE CHAUVINIST GUARDS WILL ASSAULT A HOMOSEXUAL SIMPLY TO CONVINCE HIMSELF THAT THE HOMOSEXUAL IS PHYSICALLY WEAKER THEN HIMSELF,

OF COURSE HE WILL ALWAYS CHOOSE A TIMID HOMOSEXUAL TO TEST SUPERIOR STRENGTH AGAINST.

(2) THE CHAUVINIST MALES ARE EXTREMELY MACHO AND DANGEROUS SEXIST WHO AGGRESSIVE BEHAVIOR TOWARDS FEMALE WILL LEAD TO PHYSICAL AND PSYCHOLOGICAL ABUSE. THEY USE MACHO VIOLENCE WRECKLESSLY AND GAIN GRATIFICATION WHEN PART OF AN EXTRACTION TEAM OR RAT PACK. THEY WILL RAPE MAN OR FEMALE. THERE SUPERIORITY IS PROVEN FRAUDULENT WHEN ON A EVEN PLAYING FIELD

(3) THE CHAUVINIST CORRECTIONAL GUARD PASSIONATELY HATE BLACK MILITANT CONVICTS WHO CANNOT BE INTIMIDATED BY FEAR, FRAUD OR FORCE




(1.) MANY CCPOA PRISON GUARDS ARE CHAOTIC, WITHOUT PROFESSIONAL DISCIPLINE, HAZARDOUS, WITHOUT CONSCIOUS AND SEE THEIR OPPONENT CONFUSINGLY, THEREFORE THEIR MORALITY TOWARDS OTHERS CANNOT BE DEFINED, IT WAVER ACCORDING TO THEIR ATTITUDES

(2.) THEIR IRRATIONALISM PREVENTS THEM FROM ADHERING TO STATE AND FEDERAL CONSTITUTIONAL LAWS. THEY ARE OUTLAWS WITH A BADGE AND THE CALIFORNIA CODE OF REGULATIONS DOESN'T APPLY TO THEM AND THEIR ATTITUDES REGARDING A GIVEN THING WILL DETERMINE IF THE RULES ARE SUPERSEDED BY THEIR IRRATIONAL DISCRETION. THEY SEE TWO WORLD OUTLOOKS, THEIRS AND THE OPPONENT, EVERYONE IN THEIR FASCIST WORLD OUTLOOK WILL SUPPORT IRRATIONAL, DECISION THAT'S ADVERSE TO BLACK CONVICTS.

NO. 5:07-CV-04203-JW




(1.) RACISM IS RACIAL SUPERIORITY THAT'S EXCLUSIVE, DANGEROUS AND STRUCTURE AROUND THE DOCTRINE OF FASCISM. THIS TYPE OF REACTIONARY THEORY IS ABNORMAL, ARTIFICIAL AND LASTING ONLY A LITTLE WHILE IN THE COURSE OF HUMAN HISTORY. IN ITS SYSTEM OF RACIST CLASSIFICATION AND SUBDIVISION, IT CULTIVATE RACIAL SUPERIORITY AND HATRED TOWARDS OTHER RACES OF PEOPLE. EVEN WITHIN ITS OWN RACE, THE ABNORMALITIES OF ITS THEORIES WILL BREAKDOWN PHYSICAL TRAITS OF WHAT IS OR ANI'T SUPERIOR IN EYE COLOR, HAIR COLOR, NOSE, LIP, CHEEKBONES, PIGMENTATION, HEIGHT, WEIGHT, BROAD OR NARROW FACE, HEAD SIZE, IT NEVER ENDS AS THE CULTURE PURGE PARTICULAR ETHNIC STOCK.

(2.) THERE ARE CORRECTIONAL PRISON GUARD WHO SEE NOTHING WRONG WITH INEQUALITY. PRIOR TO 1972 MOST OF THEM WOULDN'T HAVE MET THE PHYSICAL REQUIREMENT OF HEIGHT

AND WEIGHT FOR EMPLOYMENT AS PRISON GUARD IN CALIFORNIA. THE HISTORY OF RACISM IN CALIFORNIA PRISONS HAS BEEN AN INTENTIONAL RACIAL PREJUDICES DIRECTED AT BLACKS. RACISM HAS DIMINISH SOCIAL INTERCOURSE BETWEEN RACES IN AN INTEGRATED SOCIETY AND THREATENS NATIONAL SECURITY OF THE GOVERNMENT. RACISM IS ALSO FEAR, FRAUD AND FORCE.

THE MALTHUS PLAN

WHAT WOULD HAPPEN IF SOCIO-ECONOMICAL CRIMES WERE DETER TO THE DEGREE THAT THE STATE WOULD ONLY HAVE TO OPERATE THREE PRISON? FOR THAT TO HAPPEN IT WOULD MEAN STREET GANGS WOULDN'T EXIST, THAT WOULD MEAN THAT THE DRUG CULTURE WOULD BE ELIMINATED, IT ALSO MEANS ROBBERY AND GRAND LARCENY WOULD DIMINISH TO THE POINT OF BEING OBSOLETE. THE INDUSTRIALISTS WILL NOT STAND BY AND ALLOW THE RIDDANCE OF CRIME NOR THE END OF THE PRISON-INDUSTRIAL-COMPLEX. THE INDUSTRIALISTS WOULD PASS DOWN MILITARY ORDERS THROUGH THE RANK AND FILE OF THE PEACE OFFICER ASSOCIATION TO REPRODUCE SOCIO-ECONOMIC CRIMES, TO BRING BACK THE STREET GANGS, TO RE-SATURATE THE CONCRETE JUNGLE WITH DRUGS AND MILITARY STYLE ASSAULT WEAPON. BUT MORE IMPORTANT TO NEUTRALIZE ANYONE WHO STAND IN OPPOSITION TO THE MALTHUS PLAN.

IN THE LATE 1960'S THE INDUSTRIALISTS BELIEVE THAT THE DOMESTIC SECURITY OF THE STATE GOVERNMENTS WAS BEING THREATEN BY A RISING MILITANCY. THE STATE AND FEDERAL POLITICAL POLICE STARTED CONDUCTING A LIQUIDATION CAMPAIGN AGAINST THE MILITANTS AND ITS LEADERSHIP UNDER THE COUNTER INTEL PROGRAM. THE STATE GOVERNMENTS WOULD IMPLEMENT THE UNSCIENTIFIC THEORIES OF THOMAS R. MALTHUS. THE MALTHUS PLAN WOULD PRODUCE A PHENOMENA TO SUPPRESS SOCIAL PROBLEMS STEMMING FROM THE OBSOLETE PEOPLE. BY TAKING AWAY THE NECESSITIES OF LIFE AND FORCING PEOPLE DOWN A PATH OF CRIMINALIZATION, WITH THE HELP OF DRUGS,

STREET GANGS, DISEASES, PRISON etc., EACH OF THE WAYS WOULD BRING FURTHER DETERIORATION TO FAMILIES AND NEIGHBORHOODS OF THE HAVE-NOTS. PLUS THE HAVE NOTS WERE CONSUMING AND WANTING TO MUCH OF THE NATURAL RESOURCES. ONE-THIRD OF THE HAVE NOTS WERE NON-WAGE EARNERS; THEY HAD NO TAXABLE INCOME. THERE ARE THREE SOCIO-ECONOMICS LEVELS OF HAVE-NOTS:

| LOWER HAVE-NOTS | MIDDLE HAVE-NOTS | UPPER HAVE-NOTS |
|---|---|---|

THERE ARE THREE SOCIO-ECONOMICS LEVELS OF HAVES

| LOWER HAVES | MIDDLE HAVES | UPPER HAVES |
|---|---|---|

THERE ARE THREE SOCIO-ECONOMIC CLASSES

| LOWER CLASS | MIDDLE CLASS | UPPER CLASS |
|---|---|---|

THERE HAD ALREADY BEEN AN EXPLOSION OF POLITICAL, ECONOMICAL AND CULTURAL REVOLUTIONS THROUGHOUT THE WORLD. INSIDE THE UNITED STATES THE WINDS OF PUBLIC OPINION WAS BECOMING TO SYMPATHETIC TOWARDS THE LOWER STRATUM OF HAVE NOTS. MILITANCY WAS GAINING MOMENTUM IN LOS ANGELES / OAKLAND CALIFORNIA. THE ECONOMISTS AND SOCIOLOGISTS STARTED PREPARING TO IMPLEMENTED THE MALTHUS PLAN. ITS CYCLE PERIOD IS BETWEEN FIFTEEN YEARS AND TWENTY-FIVE YEARS. IN 1944 CALIFORNIA HAD THREE PRISONS.

(CHINO, FOLSOM AND SAN QUENTIN) AND IN 1969 ELEVEN PRISON. THERE WAS A MAJOR PROBLEM IN 1968, BUNCHY CARTER UNIFIED THE LOS ANGELES BLACK STREET GANG. AND; COLOR THEM WITH POLITICS AND STREET GANG ACTIVITY CEASED TO EXIST. CARTER HAD AN EXTRAORDINARY PERSONALITY AND DID SOMETHING THAT THE CHURCH, POLITICIAN AND POLICE COULDN'T DO. HE DEFUNCTED THE BLACK STREET GANGS WHICH WAS AN OUTSTANDING FEAT. CARTER'S ACTION WAS INTERFERING WITH THE MALTHUS PLAN. HE WAS ALSO THE FIRST PHENOMENON TO TRANSCEND THE PRISON MICROCOSM WITH THE SCIENCE OF PRISON POLITICS. THE STATE AND FEDERAL POLITICAL POLICE WOULD SPONSOR THE ASSASSINATION OF BUNCHY CARTER IN JANUARY 1969. THE MALTHUS PLAN WAS PUT INTO MOTION IN 1970 AND BY 1985 THE NEO-INDUSTRIAL REVOLUTION GAVE RISE AND EXPANSION OF THE PRISON-INDUSTRIAL-COMPLEX. THEY WAS PREPARING FOR A LARGE INFLUXES OF CONVICTED HAVE-NOTS. CALIFORNIA PRISONS WAS ALREADY BURSTING AT THE SEAM WITH OVERCROWDING AND WITHIN TWO YEARS, NEW PRISONS WOULD OPEN UP AND BY 1995 CALIFORNIA WOULD HAVE THIRTY PRISONS. THE EXECUTION OF THE MALTHUS HAD BEEN PRODUCING ITS DESIRED EFFECT FOR TWENTY-FIVE YEARS 1970-1995, AND IT WAS DONE WITH PRECISION. THE OBSOLETE HAVE NOTS NEVER KNEW ABOUT THE LEGISLATURE COMPLICITY IN THE WAVE OF CRIME. THE CRIPS AND BLOODS OF SOUTH CENTRAL LOS ANGELES BIRTH IN 1970 WAS A PRODUCT OF THE MALTHUS PLAN. THE INDUSTRIALISTS KNEW THERE WOULD BE NO INTENTIONAL CONDEMNATION OF THOSE LEGALLY TRIED

AND CONVICTED UNDER THE DUE PROCESS FRAUD. THE SOCIAL REFORMIST HELP MASKED THE CREATING OF CRIME. BY USING SOCIAL REFORM LEGISLATION WITH THE LEFT HAND THAT AMOUNT TO A SMOKESCREEN WHILE THE RIGHT HAND OF STATE GOVERNMENT WOULD BE TAKING AWAY VITAL PROGRAM AND JOBS NEEDED FOR A HEALTHY LIFE AND ENVIRONMENT. KEEPING IN MIND THAT THE LEGISLATURE UNDER THE DIRECTION OF SPECIAL INTEREST(i.e ECONOMISTS, SOCIOLOGISTS UNIONS) KNEW THAT THE HAVE-NOTS WHO ARE UNABLE TO SECURE THE MEANS OF LEGAL LIVELIHOOD. THEY WOULD RESORT TO WHATEVER OPPORTUNITY WAS AVAILABLE IN THE ILLEGAL UNDERGROUND ECONOMY.

THE CRIME RATE FLUCTUATED DURING THE 1970's, THEN IN 1980's, THE SOCIAL PHENOMENON EXPLODED WITH VIOLENT GANGS, DRUGS, ALCOHOL ADDICTION, DISEASES, INFERIOR EDUCATION AND THE LOSS OF EXTRA-CURRICULAR ACTIVITIES, CLOSING OF PUBLIC LIBRARIES AND MENTAL HEALTH FACILITY, UNEMPLOYMENT, HOMELESSNESS AND MURDER SKYROCKETED, THE CUTTING OF GENERAL RELIEF etc. ALL SYSTEMATICALLY DONE TO CORRAL THE OBSOLETE HAVE-NOTS ALONG A PATH OF DISENFRANCHISEMENT.