NO. 5:07-CV-04203-JW

## THE CCPOA PRISON GUARD

THE CALIFORNIA CORRECTIONAL PEACE OFFICER ASSOCIATION FROM ITS EARLY YEARS OF HISTORY TO THE PRESENT OPERATES UNDER A SYSTEM OF FOUR DISTINCT SOCIAL CHARACTERISTIC (i.e. RACISM, CHAUVINISM, IRRATIONALISM, AND OBSCURANTISM). THOSE PRISON GUARDS WHO DIDN'T INHERITED ONE OR MORE OF THE ABOVE CHARACTERISTIC PRIOR TO WORKING FOR THE PRISON-INDUSTRIAL-COMPLEX (PIC). THEY WOULD ACQUIRE THE CHARACTERISTIC INSIDE THE PRISON THEATER.

THE CCPOA PRISON GUARDS IS ORGANIZED AROUND THEIR UNION EXECUTIVE PRESIDENT. HE UNITES ALL THE SOCIAL CHARACTERISTIC AROUND PRINCIPLES OF A MORALITY THAT DIFFER FROM THE MORALITY OF SOCIETY. THE MAJORITY OF ITS MEMBERSHIP ARE POLITICALLY IGNORANT AND REFUSE TO SEE THEMSELVES AS INSTRUMENTS OF A UNDERGROUND POLICY THAT CREATE DISSENTER OF THE STATE/FEDERAL CONSTITUTION WHILE FUELING THE FASCIST IDEOLOGY. THEY BELIEVES THAT THE CCPOA UNION SUPERSEDE THE STATE/FEDERAL CONSTITUTIONS WHEN IT COMES TO DEALING WITH THE PRISONS POPULACE. THEIR BEHAVIOR, ACTION AND ATTITUDES OF MORAL WEAKNESS MAKES THE CCPOA ENEMIES OF THE STATE/FEDERAL CONSTITUTIONS. POLITICAL REALITIES (HISTORICAL) SHOWED THAT THE BLACK PANTHER PARTY MEMBERSHIP WAS MORE OF A PROTECTOR OF BOTH CONSTITUTIONS THEN ANY OF THE SO-CALLED PEACE OFFICER ASSOCIATION.

NO. 5:07-CV-04203-JW

1. THE DIVERSIFICATION OF THE PRISON GUARD UNION OCCURRED
2. IN THE 1970'S AFTER FEMALES AND MALES OF COLOR (i.e. BLACKS,
3. MEXICANS AND ASIANS) WAS HIRED AS PRISON GUARDS. THE
4. OLD-BOY NETWORK OF THE PRISON GUARD UNION VIEWED
5. THE NEW INTAKES AS INFERIORS, AND NOT BECAUSE OF THEIR
6. SHORTER SPAN OF WORK SERVICES AS PRISON GUARDS. THE
7. FEMALE PIONEERS OF THE 1970'S HAD TO PROSTITUTE FOR
8. ACCEPTANCE AND ADVANCEMENT. THE ONLY EXCEPTION WAS
9. THOSE FEMALES WHO MARRIED WITHIN THE UNION. THE MALES OF
10. COLOR HAD TO SHOW THEMSELVES TO BE COLLABORATORS OF
11. INSTITUTIONALIZED RACISM. THE OUTSIDE CONTRACTORS
12. (FREE PERSONNEL) WORKING INSIDE THE PRISON THEATER. THEIR
13. EMPLOYMENT WAS BASED UPON NOT SEEING, HEARING AND
14. SPEAKING NO EVIL AGAINST THE CCPOA PRISON GUARDS. BY
15. THE MID-1980'S, THE RACISM INSIDE THE CCPOA WORK PLACE
16. AND UNION HAD DONE ITS PURGING MISSION. THE MAJORITY
17. OF BLACK CCPOA MEMBERS WAS FORCE TO ESTABLISH A
18. SUBSIDIARY UNION. A FEW EMASCULATED BLACK CCPOA BRUSH
19. ASIDE THE RACISM BY REMAINING INSIDE THE UNION. THE
20. CCPOA WOULD TAKE FULL ADVANTAGE OF THE EMASCULATED
21. BLACKS BY OCCASIONALLY ALLOWING THEM TO GIVE PRESS
22. RELEASE AS SPOKESPERSON. IT MAKES THE CCPOA UNION
23. APPEAR TO BE COLOR BLIND. THE CCPOA PRISON GUARDS HAS
24. NEVER HAD ANY TRAINING IN COUNTER INTELLIGENCE TO ACT
25. IN A COVERT WAY. THEIR MOTIVES OF ARBITRARILY DIVIDING
26. THE PRISON POPULACE INTO RACIAL ANTAGONISTIC CLASSES IS
27. OPENLY DONE. THEY AID IN PROMOTING GANG CULTURE AND
28.

- PAGE 42 -

NO. 5:07-CV-04203-JW

1. FUELING CRIME ALL TOWARDS TRANSFERRING THE SOCIAL
2. PHENOMENA TO THE OUTSIDE HAVE NOTS NEIGHBORHOODS. THE
3. CCPOA PRISON GUARDS IN COLLABORATION WITH THE PRISON
4. INTELLIGENCE UNITS (i.e. SSU, LEIU AND IGI) HAD BY
5. 1990 SUCCEEDED IN THE IGNITING SOCIOPOLITICAL VORTEX
6. INSIDE CALIFORNIA'S PRISONS THAT SPREADED LIKE A WILDFIRE
7. OUTSIDE OF PRISON.

## II.

10. WE CONSTANTLY HEAR ABOUT THE FEDERAL R.I.C.O CHARGES
11. BEING FILED AGAINST THIS OR THAT ORGANIZATIONS. ITS
12. STUNNING THAT THE CCPOA UNION HAVE NEVER BEEN UNDER
13. INVESTIGATION FOR CONSPIRACY, OBSTRUCTION OF CRIMINAL
14. INVESTIGATION, RACKETEERING, SEDITIOUS CONSPIRACY,
15. VIOLENT CRIMES IN AND OF RACKETEERING AND MURDER. THE
16. CCPOA UNION PRIMARY AND SECONDARY OBJECTIVES ARE:
17. (1) THE GROWTH OF THE PIC BY HELPING TO SUPPLY
18. IT WITH A SLAVE WORKFORCE AND THE WAREHOUSING SURPLUS
19. UNEMPLOYED AND UNEMPLOYABLE HAVE-NOTS.
20. (2) THE BUILD UP AND STRENGTHENING THE UNION
21. SOCIOPOLITICAL POWER BY PERSUASION OR BY COERCION
22. (3) UTILIZING THE PRISONS THEATER TO CONSTRUCT
23. COUNTER INSURGENCY TRAINING VIDEOTAPES AND MANUALS
24. FOR THE MILITARY-INDUSTRIAL-COMPLEX.

— PAGE 43

NO. 5:A7-CV-04203-JW

(4) INFLUENCING THE PHENOMENA OF RACIAL ALIENATION AND ANTAGONISM AMONGST THE PRISON POPULACE. SPAWNING RACIAL FIGHTINGS, KILLINGS AND RIOTS BEYOND THE PRISON MICROCOSM.

(5) INFLUENCING STREET GANGS INTO DOMESTIC TERRORIST.

(6) PREVENTING A POLITICAL COALITION BETWEEN THE WORKING HAVENOTS.

THE CCPOA IS THE DRIVING FORCE BEHIND DOMESTIC STREET GANG TERRORISM. THE PSYCHOLOGICAL CONTROLLING OF GANG MEMBERS MINDS DOESN'T TAKE A DEGREE IN PSYCHOLOGY. THE USE OF FEAR, FRAUD AND FORCE TO INFLUENCE GANGS STEREOTYPICAL WAY OF THINKING OCCURS THROUGHOUT A GANG MEMBERS PRISON TERM.

THE CCPOA PRISON GUARDS IS THE MAIN FRONTLINE TROOPS FOR THE PIC, AND LET'S NOT OVERLOOK THE PIC BEING A SUBSIDIARY FOR THE MILITARY-INDUSTRIAL-COMPLEX. THE PRISON THEATERS ARE USED AS A TRAINING SCHOOL FOR THE MIC DOMESTIC SUPPRESSION POLICY PLAYBOOK. THE FRONTLINE TROOPS OF PRISON GUARDS ALONG WITH PIU ARE ENGAGED IN COUNTER INSURGENT TRAINING. CALIFORNIA NOW HAS OVER 160,000 THOUSAND PRISONERS WHO SERVE AS THE GUINEA PIG DURING THE TRAINING EXERCISES AND PSYCHOLOGICAL EXPERIMENTATION. THE THIRTY OR MORE PRISONS SERVE AS INNER CITIES NEIGHBORHOODS WHICH ALLOWED FOR THE PHYSICAL SIMULATING OF POTENTIAL SITUATIONS.

- PAGE 44 -

NO. 5:07-CV-04203-JW

1. THE EMERGENCIES AND INCIDENTS THAT THE PRISONERS PROVIDES IS A GOOD SUBSTITUTE FOR CIVILIAN UNREST DURING THE TRAINING IN THE AREAS OF:

   (1) POPULATION LOCKDOWNS AND CONTROL MOVEMENT

   (2) RANDOM SEARCHES WHILE TRASHING AND VANDALIZING PERSONAL PROPERTY.

   (3) CROWD CONTROL TECHNIQUES WITH THE USE OF FULL RIOT GEAR FOR PSYCHOLOGICAL INTIMIDATION.

   (4) THE USING OF AUTOMATIC MILITARY WEAPONS, CHEMICAL AGENTS, RUBBER BULLETS AND TASERS TO INCAPACITATE BOTH PASSIVE AND ROWDY PERSONS.

   (5) USING HAND-HELD METAL DETECTOR AND WALK THROUGH DETECTOR, PATDOWN SEARCHES, STRIP SEARCHES, DRUG SNIFFING DOGS, LAYING ON THE GROUND.

   (6) USING PSYCHIATRIC DRUGS FOR OVERACTIVE BEHAVIOR, ETC.

   (7) SOCIAL ISOLATION, QUARANTINE, FORCIBLE RELOCATIONS, DEPORTATION, EXTRACTION, RACIAL SEGREGATION AND ETHNIC CLEASING.

   (8) SOCIAL ENGINEERING BY USE OF FEAR, FRAUD AND FORCE, SENSORY DEPRIVATION, SNITCHING FOR PRIVILEGES, RACIAL PROFILING, SET-UPS, BLACKMAILING, MAIL TAMPERING, CENSORSHIP, PHONE TAP, MASS PUNISHMENT, MURDER, ASSAULT AND USING REFORMED GANG LEADERS AS COLLABORATORS.

- PAGE 45 -

NO. 5:07-CV-04203-JW

1. EVERY ASPECT OF THE PRISON POPULACE IS UTILIZE IN THE COUNTER
2. INSURGENT TRAINING. THE SCIENCE OF BREAKING THE HUMAN
3. SPIRIT AND FORCING INDIVIDUALS TO BECOME TURNCOAT DURING
4. WITCHHUNT. THE MAIN OBJECTIVE OF THE CCPOA IN THEIR
5. COLLABORATION WITH OTHER PEACE OFFICER ASSOCIATION (i.e.
6. SHERIFF AND CITY POLICE) IS THE CRIMINALIZATION OF THE
7. ELIGIBLE VOTERS IN THE TARGETED CITY ZONES. BY USING
8. DOMESTIC TERRORISM OF STREET GANGS TOWARDS THE
9. SLASHING OF FUNDS FOR PUBLIC EDUCATION, PUBLIC SERVICES,
10. HEALTH CARE, JOBS AND HOUSING. WHILE USING THE HAVE NOTS
11. TO COLLABORATE IN THEIR OWN DESTRUCTION. BY BLACKMAILING
12. THE LAW ABIDING INTO SURRENDERING THEIR CIVIL LIBERTIES IN
13. THE WAR AGAINST DRUGS AND DOMESTIC TERRORISM. BY THE
14. YEAR 2019 THE PEOPLE OF COLOR WILL CONSTITUTE A TWO-
15. THIRD MAJORITY OF CALIFORNIA VOTERS AND WILL OCCUPY THE
16. THREE BRANCHES OF STATE GOVERNMENT. THEREBY, THE
17. POLITICAL ECONOMY OF CALIFORNIA WOULD BE UNDER PEOPLE OF
18. COLOR INFLUENCE AND CONTROL. THE PRIMARY OBJECTIVES OF
19. THE INDUSTRIALISTS IS TO USE INSTITUTIONALIZED RACISM
20. TOWARDS THE MILITARIZATION OF THE POLITICAL ECONOMY.

- PAGE 46 -