No. 5:07-CV-04203-JW

## THE PRISON INTELLIGENCE UNIT

THE PIU IS COMPOSED OF THREE DISTINCT LIAISON UNITS (1) SPECIAL SERVICE UNIT (2) LAW ENFORCEMENT LIAISON UNIT (3) INSTITUTION GANG INVESTIGATION.

THE SPECIAL SERVICE UNIT WAS CREATED IN 1972 TO COUNTER THE HARMFUL AFFECTS OF ORGANIZED CRIMINAL ACTIVITIES EXHIBITED BY CALIFORNIA PRISON GANGS. THE CRIMINAL ACTIVITIES OF PRISON GANGS WOULD SERVE TO CAMOUFLAGE THE COUNTER INSURGENCY OBJECTIVE AGAINST THE BLACK GUERRILLA FAMILY. IN THE EARLY YEARS OF PIU HISTORY, THE FASCIST AGENTS WERE MADE UP OF FORMER MILITARY INTELLIGENCE PERSONNELS WHO ACTUALLY TRAINED IN COUNTER INTELLIGENCE. DURING THE PIU FORMATIVE YEARS, NO BLACK SPECIAL AGENTS WAS RECRUITED INTO THE FASCIST REGIME. IT HAD NOTHING TO DO WITH THEM NOT MEETING ENTRANCE REQUIREMENTS. BUT IT WOULD TAKE AWHILE TO FIND BLACK AGENTS WHO WEREN'T INDIFFERENT TO RACISM. THE PIU WAS AN ELITE QUASI-MILITARY UNIT PATTERN AFTER THE ITALIAN AND GERMANY FASCIST SECURITY POLICE. THE PIU BEING THE GESTAPO OF THE PRISON-INDUSTRIAL-COMPLEX UNDERSTOOD THAT TO BE SUCCESSFUL REQUIRE OPERATING UNDER-THE-TABLE TO GET PASS LEGALITY.

THE LEFT HAND OF PRISON INTEL CONDUCTED INVESTIGATION AND ESTABLISHED INTEL FILES ON THE CONVICTED POWER PLAYERS WHO WIELDED PENITENTIARY POWER AMONG THEIR RACIAL PEERS.

PAGE 47 -

NO. 5:07-CV-04203-JW

1. THE RIGHT HAND OF PRISON INTEL CONDUCTED INVESTIGATION
2. AND ESTABLISHED INTEL FILES ON TOP PRISON OFFICIALS THEY
3. BELIEVED WAS INDOCTRINATED UNDER THE POLITICAL PHILOSOPHY OF
4. LIBERALISM. FILES WAS ALSO ESTABLISHED ON PARTICULAR
5. POLITICIANS WHO HAD A BLEEDING HEART TOWARDS THE
6. CONVICTED AND PRISON RIGHT ACTIVISTS WHO TRY TO CHANGE
7. THE STATUS QUO WITH THEIR PRISON REFORM WORK. WHEN
8. PRISON INTEL COULDN'T FIND DISCREDITABLE BEHAVIOR. THEY HAD A
9. WORKING MOTTO ABOUT KNOW ONE IS BEYOND REPROACH. THE FASCIST
10. AGENTS OF PIU WOULD PROCEED TO: (i) MANUFACTURE INVESTIGATION
11. BY CREATING A SEQUENCE OF EVENTS THAT SUPPORT SCRUTINY
12. (ii) CONTACT OTHER AGENCIES IN REFERENCE TO THE ONGOING
13. INVESTIGATION SO THAT THE TARGETED PERSON NAME WILL BE
14. PERMANENTLY PLACED IN THEIR FILES (iii) UTILIZING CRIMINAL
15. INFORMANTS TO TELL TALES OR ATTEMPT TO INDUCE THE TARGETED
16. PERSON INTO EMBARASSING AND REPUTATION DAMAGING AFFAIRS
17. (iv) QUESTIONING RELATIVES, FRIENDS AND CO-WORKERS WHILE
18. MAKING INNUENDO ABOUT THE TARGETED PERSON
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.        PAGE 48

NO. 5:07-CV-04203-JW

## THE PELICAN BAY EXPERIMENT

THE SCIENCE OF SENSORY DEPRIVATION WAS THEORETICALLY STRUCTURE IN THE FEDERAL PRISON AT MARION ILLINOIS DECADES AGO. THE ARCHITECT WAS A SADISTIC WHO CONVINCE THE PRISON SOCIOLOGIST, PSYCHOLOGIST AND CRIMINOLOGIST THAT BY FINGER PROBING THE CONVICTED SUBJECTS ANUS SEVERAL TIMES A WEEK WOULD LEAVE THE HARDEN CRIMINAL EMASCULATED UNDER THE CONTROL EXPERIMENT. THE GOON SQUAD OF FEDERAL PRISON GUARDS WOULD BE USED TO CARRY OUT THE PENOLOGICAL OBJECTIVE OF SUBDUING THOSE CONVICTS WHO DIDN'T WILLING SUBMIT TO THE RAPING OF THEIR BEHIND. THE CONTROLLED EXPERIMENT IN ITS ENTIRETY FAILED AND LED TO AN INCREASE OF ASSAULTS AND KILLINGS OF PRISONERS AND GUARDS ALIKE. THE PELICAN BAY EXPERIMENT (PBE) IS A QUALITATIVE THEORY THAT THE MENTAL BREAKING-DOWN OF THE HARDEST MEN IN THE STATE OF CALIFORNIA COULD BE ACHIEVED. THROUGH THE USE OF MENTAL (VIVISECTION) TORTURE OF THE CONVICTS THAT HAS BEEN PUBLICIZED AS THE WORST OF THE WORST (i.e. ANTONYM- THE BEST OF THE BEST). IT WAS IMPORTANT FOR THE PRISON INTELLIGENCE UNITS TO PAINT AN IMAGES THAT PORTRAY THE PBE SUBJECTS IN A DEHUMANIZING WAY. THE OVERSEERS OF THE PBE WANTED NO LOCAL, NATIONAL OR INTERNATIONAL CONDEMNATION SUBVERTING THE EXPERIMENT. THE PBE IS DIVIDED INTO A NUMBER OF STAGES OF MENTAL TORTURE. THE PECULIARITIES OF EACH RACIAL GROUP SOCIO-PSYCHOLOGICAL MAKE-UP WOULD BE TESTED TO NO ENDS. THE PBE HAS NO TIME RESTRAIN, IT WAS

PAGE 49 -

No. 5:07-CV-04203-JW

1. ACTIVATED IN DECEMBER 1989, THE WILL POWER OF THE TARGETED
2. SUBJECTS WOULD BE BROKEN OR THEY WOULD DETERIORATE
3. PHYSICALLY (i.e. OLD AGE, DECLINE IN HEALTH, LOSS OF SIGHT,
4. HEARING, MEMORY AND MENTAL BREAKDOWN).
5. IT IS IMPORTANT TO UNDERSTAND WHAT MOTIVATING FACTOR
6. LED TO THE PBE. THE PRISON INTELLIGENCE UNIT PORTRAYED
7. THE IMAGE OF PRISON GANG ACTIVITIES AS THREATENING THE
8. ENTIRE REALM OF INSTITUTIONAL SECURITY. IT WAS A BLATANT
9. LIE, BUT THE COMBINATION OF FEAR AND FRAUD WOULD SERVE
10. TO MASK THE REAL PURPOSE FOR THE PBE. THE REACTIONARY NATURE
11. OF THE PRINCIPAL AND SECONDARY PRISON GANGS HAS ALWAYS
12. SERVED THE INTEREST OF FASCIST, THE PRINCIPAL PRISON
13. GANGS HAD OUTLIVED THEIR USEFULNESS IN THE PRISON
14. THEATER. BETWEEN 1965-1985 THE REACTIONARIES HAD KEPT
15. THE REVOLUTIONARIES HELD AT BAY IN A WAR OF ATTRITION.
16. THE PBE OBJECTIVE IS:
17.    (1) TO BREAK THE BACKBONE OF THE BLACK
18. GUERRILLA FAMILY (BGF) OF REVOLUTIONARIES FUNCTIONING
19. INSIDE OF CALIFORNIA PRISON
20.    (2) TO TERMINATE THE PRINCIPAL PRISON GANGS
21. FUNCTION INSIDE OF CALIFORNIA PRISON
22.    (3) TO DESTABILIZE THE PRISON THEATER SO THAT
23. SECONDARY PRISON GANGS CAN RUN AMUCK
24.    (4) ESTABLISH THE BEST GEOGRAPHIC REGION OUTSIDE
25. OF PRISON TO SEED AND HARVEST A NEW TYPE OF BLACK AND
26. BROWN STREET GANGS VIA THE PRISON MICROCOSM
27.
28.       PAGE 50 -

NO. 5:07-CV-04203-JW

1.     (5) TO HELP SUPPLY THE PIC WITH A SLAVE WORKFORCE
2. BY FUELING DOMESTIC TERRORISM BY PERPETRATING RACIAL
3. HATRED INSIDE OF PRISON
4.     (6) CREATING ARMIES OF INFORMANTS TO OVERSEE
5. THE GENERAL PRISON THEATER
6.
7.
8. IN ORDER TO UNDERSTAND THE REAL INTENT AND THE ENDGAME OF
9. THE PELICAN BAY EXPERIMENT. IT IS NECESSARY TO DO A
10. SUMMARY REVIEW OF THE PERIOD BETWEEN 1969 THRU 1989.
11. PRISON POLITICS HAS ALWAYS BEEN SUCH A DEADLY UNDER-
12. TAKING FOR THE BGF REVOLUTIONARIES INSIDE CALIFORNIA
13. PRISON THEATERS. THE FEW WHITE AND BROWN REVOLUTIONARIES
14. WERE KEPT IN VACAVILLE AND CMC EAST PRISON FOR THEIR OWN
15. PROTECTION.
16. ALL OF THE MOST OUTSTANDING PERSONALITIES OF BGF POLITICAL
17. PARTY HIGH COMMAND WAS ASSASSINATED BETWEEN 1969 AND
18. 1979. THE FOLLOWING YEARS THE PRISON INTELLIGENCE UNITS WAS
19. DUMBFOUNDED IN THE CONTINUITY OF THE BLACK GUERRILLA FAMILY
20. WHOSE HIGH COMMAND WAS MURDERED BY THE FASCIST POLICE. THE
21. OUTSTANDING PERSONALITIES OF BGF HIGH COMMAND LED THE
22. FASCIST POLICE INTO A GAME OF BLINDMAN'S BLUFF, THEY KNEW
23. THE FASCIST WOULD IDENTIFY AND TARGETED THEM AS HIGH
24. COMMAND. IT MEANT THEY WOULD MAKE THE GREATEST
25. SACRIFICES BY BECOMING THE BGF MARTYRS OF SOCIAL
26. JUSTICE. UNDER MILITARY SCIENCE, THE BGF SHOULD HAVE BEEN
27.
28.     PAGE 5 -

1. DESTROYED ONCE THE HIGH COMMAND WAS OBLITERATED. THE
2. FASCIST WAS WELL VERSED IN THE PECULIARITIES OF BLACK
3. POLITICAL LEADERSHIP GROUPS SOCIO-PSYCHOLOGICAL MAKE-UP
4. DATING AS FAR BACK AS THE 1920's. WHEN THE LEADERSHIP IS
5. REMOVED, THE GROUP BECOMES PACIFIED, DEMORALIZED AND DEFEATED.
6. IN THE RHETORIC OF THE BGF CONSTITUTIONAL LAWS, IT
7. SPEAK AGAINST OUTSTANDING PERSONALITY TRAPPING BEING
8. THE ANTITHESIS OF IDEOLOGICAL STRUGGLE. SO IN THE GAME
9. OF BLINDMAN'S BLUFF, THE FASCIST AGENTS PURSUED THE BGF
10. HIGH COMMAND. IN THEIR BLIND PURSUIT OF ASSASSINATION,
11. THEY DID NOT SEE THE ARCHITECTS OF BGF CADRES, INTELLECTUALS
12. OF CULTURAL STRATA AND IDEOLOGISTS. BY 1981 THE FASCISTS
13. HAD REALIZED THEIR HISTORICAL BLUNDER. SAN QUENTIN
14. PRISON HAD TRANSFORMED INTO A REVOLUTIONARY POLITICAL
15. CENTRIC. BETWEEN 1975-1985 THE PIU WAGED A WAR OF
16. ANNIHILATION AGAINST THE BGF WHO STRUGGLE, PROTEST AND
17. FOUGHT FOR HUMANE TREATMENT FOR ALL PRISONERS. DURING
18. THE WAR, THE PIU TRAINED AND GAINED VALUABLE EXPERIENCE
19. IN COUNTER INSURGENCY TECHNIQUE. THE FASCIST AGENTS
20. OF INSTITUTIONALIZED RACISM USED THE SOCIAL WEAPONS OF
21. RACISM, CHAUVINISM, IRRATIONALISM AND OBSCURANTISM TO
22. WAGE WAR AGAINST THE BGF. EVEN WITH THE SOCIAL WEAPONS
23. AND ALL OF THEIR CORRECTIONAL RESOURCES, THEY COULDN'T DEFEAT
24. THE BGF. THE FASCIST AGENTS ALLOWED THE SMUGGLING OF
25. HANDGUNS INTO TRACY, SOLEDAD, FOLSOM AND SAN QUENTIN, AND
26. THE TRAFFICKING OF HEROIN AS AN INCENTIVE FOR PRISON
27.
28.   PAGE 52 -

No. 5:07-CV-04203-JW

1. GANGS TO WAGE A WAR OF ATTRITION AGAINST THE BLACK
2. REVOLUTIONARIES (BGF). THE FASCIST AGENTS OF PIU EVEN
3. TOOK BLACK REACTIONARIES AND ALLOWED THEM TO ESTABLISH
4. FIFTH COLUMN INSIDE OF TRACY, SOLEDAD AND FOLSOM PRISONS.
5. ALL TOWARDS NEUTRALIZING THE REVOLUTIONARIES
6. EFFECTIVENESS WITHIN THE BLACK POPULACE. THE PIU WAS GIVEN
7. CARTE BLANCHE FROM THE HIGHEST LEVEL OF STATE GOVERNMENT.
8. THEY SECRETLY IMPLEMENTED A LOW INTENSITY CAMPAIGN TO
9. DESTROY THE PRISON REVOLUTIONARIES AND THOSE ON AND OFF OF
10. PAROLE. THE PIU ORCHESTRATED THE KILLINGS OF BGF
11. REVOLUTIONARIES IN SEVERAL CALIFORNIA CITIES BETWEEN 1972-84.
12. THEY ALSO USED SET-UPS, INFILTRATORS, PSYCHOLOGICAL WARFARE,
13. RACIAL WARS, POLITICAL BLACKMAIL, SENSORY DEPRIVATION,
14. ENTRAPMENT, MAIL TAMPERING ETC.
15. THE PIU SET INTO MOTION THE 1972 KILLING OF JAMES CARR TO
16. COVER THEIR TRACK OF CONSPIRACIES. CARR WAS A LOOSE
17. END THAT NEEDED TO BE HANDLED BEFORE HE COULD EVER EXPOSE
18. THE SECRETS OF THE DEPARTMENT OF CORRECTION INVOLVEMENT IN
19. POLITICAL ASSASSINATIONS. SUCH AS THE 1970 MARIN COURTHOUSE
20. INCIDENT WAS PLANNED BY FASCIST AGENTS AND THE 1971
21. INCIDENT THAT LED TO THE ADJUSTMENT CENTER TAKEOVER. IN
22. 1976 THE PIU SET INTO MOTION THE EXECUTION STYLE KILLING
23. OF TONY GIBSON SHORTLY AFTER HE PAROLED FROM
24. VACAVILLE PRISON. THE DEATH OF GIBSON LED TO AN
25. IDEOLOGICAL SPLIT BETWEEN THE CAPITALISTIC MILITANTS
26. VERSUS THE SOCIALISTIC MILITANTS, THEN THE PIU
27.
28.                   PAGE 53-

NO. 5:07-CV-04203-JW

1. ORCHESTRATED THE ASSASSINATION OF POPEYE JACKSON.
2. POPEYE WAS ONE OF THE FOUNDERS OF THE CALIFORNIA
3. PRISONER UNION. THE PIU LONG RANGE STRATEGY TO
4. DESTROY MILITANCY INSIDE OF CALIFORNIA PRISONS BY 1976
5. HAD FAILED. THE PIU WOULD USE THE INSTRUMENTS OF
6. INSTITUTIONALIZED RACISM TO KILL THE MOST RECOGNIZABLE
7. MILITANT BGF IN CALIFORNIA PRISON. KHATARI GAULDEN
8. WOULD BE KILLED BY WAY OF MEDICAL NEGLECT ASSASSINATION.
9. HIS DEATH WAS SIMILAR TO HOW DOCTORS IN MOSCOW
10. RUSSIA USED MEDICAL ASSASSINATION TO MURDER THE
11. PRESIDENT OF ANGOLA (AGOSTINO NETO).
12.
13.                    II.
14. IN APRIL 1981 A PHENOMENA OCCURRED INSIDE SAN QUENTIN
15. PRISON ADJUSTMENT CENTER. THE NARCOSIS OF RACIAL
16. ANTAGONISM BETWEEN BLACK, WHITE AND BROWN WAS FIZZLING
17. OUT. THE RACES CONSOLIDATED INTO A SINGLE FORCE TO PROTEST
18. A CAUSE AGAINST THE PRISON WARDEN (SUMMER). THE
19. PHENOMENAL JOINT ACTION CAUSED THE PIU TO LAY A
20. RACE CARD ON THE TABLE FOR WHITES TO DISENTANGLE
21. THEMSELVES FROM THE PROTEST. THE WHITE CONVICTS
22. WOULDN'T COLLABORATE IN PLAYING THE CARD. ONE OF THE
23. RANKING AGENTS OF PIU THEN ANNOUNCED FOR ALL TO
24. HEAR THAT IF THE WHITES DON'T STAND DOWN THAT HEROIN
25. FLOWING INTO FOLSOM AND SAN QUENTIN WOULD STOP.
26.
27.
28.                  PAGE 54

NO. 5:07-CV-04203-JW

1. IT TOOK OUTSTANDING PERSONALITIES IN ALL THE RACES TO
2. UNDERSTAND THAT WE WERE AT A HISTORICAL PERIOD IN RACE
3. RELATIONS. THAT CIRCUMSTANCES CHANGED WITH TIME AND
4. KNOWING HOW IMPORTANT IT IS TO ENTER INTO
5. DIALECTICAL RELATION WITH OTHERS. IF THE CALIFORNIA
6. PRISON THEATERS WAS TO BE STABILIZED, IT WAS ESSENTIAL
7. THAT AN ARMED PEACE EXIST WITHOUT A FORMAL AGREEMENT.
8. THE ESSENTIAL WAS A COMMON INTEREST IN KEEPING THE
9. UNDERGROUND PRISON ECONOMY IN THE CONTROL OF THE
10. CONVICTS. THE UNDERGROUND ECONOMY IS THE ONLY THING
11. PREVENTING DESTABILIZATION OF THE PRISON THEATERS AND
12. FORCING CONVICTS IN SAVAGERY. BECAUSE OF THE UNDECLARED
13. ARMED PEACE BETWEEN THE BLACK REVOLUTIONARIES AND THE
14. WHITES IN APRIL 1981, THE PIU WAS STARTLED.
15. IN JULY 1981 THE PIU WORKING IN CAHOOTS WITH THREE BLACK
16. COLLABORATORS INSIDE THE ADJUSTMENT CENTER. TOGETHER THEY
17. MANUFACTURE A CONSPIRACY THAT LAUNCHED THE BIGGEST MASS
18. ARREST EVER IN CALIFORNIA HISTORY. ALL THE ARRESTEES WERE
19. BLACK PAROLEES AND EX-PAROLEES WHO WERE ALLEGED TO BE
20. IN ASSOCIATION WITH REVOLUTIONARIES. IT WAS NOTHING
21. MORE THEN A PIU FARCE TO DEFRAUD HUNDREDS OF
22. THOUSANDS OF TAX PAYERS DOLLARS FOR PIU COFFER. IT
23. WAS ALSO A PATRIOTISM SCHEME TO AROUSE THE SOCIAL
24. FEELINGS OF WHITE AND BROWN CONVICTS IN DEFENDING
25. THE INTEREST OF AMERICAN CAPITALISM. THE BLACK REVOLUTIONARY
26. CONVICTS WERE REFERRED TO AS COMMUNIST SET UPON
27.
28.             PAGE 55-

No. 5:07-CV-04203-JW

1. OVERTHROWING AMERICA'S CAPITALISM. THE CHARGES AGAINST
2. ALL THE ARRESTEES WAS CONSPIRACY TO ASSASSINATE THE
3. DIRECTOR OF CORRECTION AND OTHER HIGH RANKING STATE
4. OFFICIALS. THE ENTIRE CONSPIRACY WAS A THOUGHT CRIME OF
5. PIU IN ORDER TO SABOTAGE THE FEDERAL TOUSSAINT RELEASE
6. OF CONVICTS FROM THE SECURITY HOUSING UNIT TO THE
7. GENERAL PRISON POPULATION. NOT A SINGLE ARRESTEES
8. WAS EVER TAKEN TO COURT. ALL WAS RELEASED WITHIN
9. 72 HOURS.
10. THE PIU DIABOLICAL PLANS WAS IN THE EARLY STAGES OF
11. DEVELOPMENT AND THEN THE TWO PHENOMENAL EVENTS HAD
12. OCCURRED IN APRIL AND JULY OF 1981. BOTH EVENTS
13. TOGETHER WAS LEADING TO A PREMATURE END TO THE
14. DIABOLICAL PLAN. FIRST IT WAS THE ARMED PEACE BETWEEN
15. THE BLACK, WHITE AND BROWN POWER PLAYERS. SECOND
16. THERE WAS THE FAVORABLE TOUSSAINT CIVIL CASE VICTORY
17. (553 F.SUPP. 1365). THE PIU WAS SECRETLY IN COLLABORATION
18. WITH INDUSTRIALISTS WHO HAD ALREADY STRUCTURE THE BLUE
19. PRINT FOR THE MASSIVE PRISON-INDUSTRIAL-COMPLEX. THE
20. PIU IN 1981 HAD A THREE YEAR WINDOW TO DESTABILIZE THE
21. GENERAL PRISON THEATERS AT SAN QUENTIN, FOLSOM, SOLEDAD
22. AND TRACY. IT MEANT UNDERMINING THE CENTRALIZATION
23. OF THE FOUR PRINCIPAL POWER GROUPS BY WAY OF IGNITING
24. RACIAL KILLINGS, RIOTS AND WARS. THE FEDERAL TOUSSAINT
25. VICTORY HAD CAME AT A BAD TIME. THE FEDERAL COURT MONITOR
26. WAS HOLDING CLASSIFICATION HEARING TO RELEASE TWO-THIRD
27.
28.                                PAGE 56

NO. 5:07-CV-04203-JW

1. OF THE INDETERMINATE SECURITY HOUSING UNIT CONVICTS TO
2. THE GENERAL POPULATION WITHIN A TWO YEAR WINDOW.
3. THE PIU HISTORY HAD TAUGHT THEM THE ART OF SUBVERSION.
4. THEY WOULD UNDERMINE THE TOUSSAINT RULING. THEY
5. REACHED A COMPROMISE WITH THE COURT MONITOR REGARDING
6. NOT RELEASING CONVICTS STRAIGHT FROM THE HOLE TO THE
7. GENERAL POPULATION. THE PIU ARGUED THAT A READJUSTMENT
8. PERIOD WAS NEEDED FOR THE CONVICTS TO ASSIMILATED BACK
9. INTO GENERAL POPULATION. THEY WOULD DROP THE CONVICTS
10. MAX A CUSTODY TO MAX B CUSTODY, AND SEND THEM TO
11. A MAX B UNIT FOR TWO YEARS. THE MAX B CUSTODY
12. WOULD GIVE THE CONVICTS ALL THE PRIVILEGES AND RIGHTS
13. THAT PRISONERS IN GENERAL POPULATION HAS.
14. HUNDREDS OF MAX A CUSTODY CONVICTS CLASSIFICATION WAS
15. REDUCED TO MAX B CUSTODY. THE PIU WAS LEFT WITH THE
16. TASK OF MICROMANAGING THE SOCIOLOGY OF GROUP
17. PLACEMENT. THE BLACK, BROWN AND WHITE GROUPS WITH STABLE
18. CENTRALIZATION WAS PLACED ON THEIR OWN SEGREGATED TIERS
19. AND YARDS. THE BLACK, BROWN AND WHITE SUB-GROUPS THAT
20. WAS UNSTABLE AND DECENTRALIZED WAS PLACED IN THE
21. GENERAL POPULATION. THEY WERE THE CATALYST OF THE RACIAL
22. EXPLOSION THAT WOULD IGNITE IN JUNE 1982 AND CONTINUE
23. UNABATED FOR TWO DECADES. BY 1989 THE INMATES IN THE
24. GENERAL PRISON POPULATION HAD LOST ALL CONTROL OVER THE
25. UNDERGROUND PRISON ECONOMY. THE PRISON RACIAL WARS ALSO
26. TRANSFERRED TO THE YOUTH AUTHORITIES, COUNTY JAILS,
27. HIGH SCHOOL AND STREETS OF THE CONCRETE JUNGLE.
28. PAGE 57-

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

I, **LOUIS C. POWELL JR**, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the **16** day of **MARCH**, in the year of 20**08**, I served the following documents: (set forth the exact title of documents served)

**PLAINTIFF LOUIS C. POWELL JR. MOTION FOR EXHIBIT ADDENDUM EXHIBIT A**

**PLAINTIFF LOUIS C. POWELL JR. MOTION FOR APPOINTMENT OF COUNSEL**

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

**OFFICE OF THE CLERK JUDGE JAMES WARE**
**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**280 S. FIRST ST. # RM 2112**
**SAN JOSE CA, 95113 - 3095**

I declare under penalty of perjury that the foregoing is true and correct.

Dated this **16** day of **MARCH**, 20**08**.

Signed: **Louis C. Powell Jr.**
(Declarant Signature)

Rev. 12/06



02 1M
0004217666
MAILED FROM ZIP

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

OFFICE OF THE CLERK JUDGE JAMES WARE

U.S. Northern Dist. of Ca.
280 "S" First Street, #2112
San Jose, Ca. 95112-3008

NAME: LOUIS C. POWELL JR.
CDC NO: B-59864    HOUSING: D1-104
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532