TO: THE HONORABLE JUDGE JAMES WARE
   OF THE U.S. DISTRICT COURT
   280 S FIRST ST. # 2112
   SAN JOSE, CA. 95113-3008

FROM: LOUIS C. POWELL JR. B-59864
   P O BOX 7500 D1-104
   CRESCENT CITY, CA. 95532-7500

RE: SITAWA NANTAMBU JAMAA
   NO. 5:07-CV-04203-JW   -C07-4203 JW

DEAR HONORABLE JUDGE JAMES WARE

   PLAINTIFF POWELL et.al., SUBMITTED A MOTION FOR EXHIBIT ADDENDUM DATED MARCH 16, 2008 TO BE INCLUDED IN THE ABOVE ENTITLED CIVIL ACTION. PLAINTIFF POWELL HAS BEEN ATTEMPTING TO PROVIDE THE LEADING PLAINTIFF SITAWA NANTAMBU JAMAA WITH A COPY OF SAID EXHIBIT SUBMITTED TO THE U.S. DISTRICT COURT.

   THE PELICAN BAY STATE PRISON DEFENDANT IN THE ABOVE ENTITLED CIVIL ACTION WILL NOT MAKE AVAILABLE AN AVENUE SO I CAN PASS A COPY OF EXHIBIT (A) TITLED: PRISON DOCTRINE OF FASCISM, TO LEAD PLAINTIFF SITAWA NANTAMBU JAMAA.

I AM RESPECTFULLY REQUESTING THAT THE COURT CLERK PROVIDE A COPY OF EXHIBIT A DATED MARCH 16, 2008 TO LEAD PLAINTIFF SITAWA NANTAMBU JAMAA AS SOON AS POSSIBLE. IT IS A CRUCIAL PART OF PLAINTIFF CIVIL ACTION THAT IS NEEDED TO HELP PREPARE THE CASE. THANK YOU

RESPECTFULLY
Louis C. Powell Jr.

JUNE 15, 2008