Louis C. Powell C-73064
P O Box 7500 D1-104
Crescent City, CA. 95530-7500

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



MAILED FROM Z

LEGAL MAIL- CONFIDENTIAL
6-15-08

TO: THE HONORABLE JUDGE JAMES WARE
OF THE U.S. DISTRICT COURT
280 S FIRST ST. # 2112
SAN JOSE, CA. 95113-3008

95113$3008 C060