IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SITAWA NANTAMBU JAMAA,<br><br>       Plaintiff,<br><br>  vs.<br><br>PELICAN BAY STATE PRISON,<br><br>       Defendant. | No. C 07-04203 JW (PR)<br><br>ORDER OF DISMISSAL |

On July 9, 2008, the Court directed plaintiff, a state prisoner proceeding pro se, to file a complaint using the court's form complaint to attempt to allege cognizable claims pursuant to 42 U.S.C. § 1983.  (See Docket No. 8.)  Plaintiff was provided with two copies of the court's form complaint and thirty days to file the complaint.  Plaintiff was warned that failure to comply with the Court's order in the time provided would result in the dismissal of the action without prejudice.  The deadline has long since passed, and plaintiff has not filed a complaint.  Accordingly, this action is dismissed without prejudice.

DATED:    November 20, 2008                           
                                                     JAMES WARE<br>
                                                       United States District Judge

Order of Dismissal
N:\Pro - Se\November 2008\07-04203 Jamaa04203_dismissal.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SITAWA NANTAMBU JAMAA,

        Plaintiff,

v.

PELICAN BAY STATE PRISON,

        Defendant.

Case Number: CV07-04203 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __11/25/08__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sitawa Nantambu Jamaa C-35671
Pelican Bay State Prison
P. O. Box 7500
Crescent City, CA 95532

Dated: __11/25/08__

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk